IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL, et al.,

     Plaintiffs,                    No. CIV S-06-2376 LKK GGH

     vs.

PRICE WATERHOUSE COOPERS,

     Defendant.
_____/
SAMUEL BRANDON KRESS, et al.,

     Plaintiffs,                    No. CIV S-08-0965 LKK GGH

     vs.

PRICE WATERHOUSE COOPERS,

     Defendant.
_____/
LAC ANH LE,

     Plaintiff,                     No. CIV S-08-0997 LKK EFB[1]

     vs.

PRICE WATERHOUSE COOPERS,

     Defendant.
_____/

---

[1] Judge Karlton has indicated that he will redesignate the magistrate judge on the Le case to the undersigned.

1

1
2      After a discovery plan conference on August 11, 2008, the court makes the
3 following orders.
4      The parties shall file a joint statement outlining matters addressed at the discovery
5 plan conference within ten days after the consolidated complaint is filed and served.[2]  The parties
6 may refer to the following orders for guidance in framing their joint statement: <u>Nat. Resources
7 Defense Council v. Rodgers</u>, CIV-S-88-1658 LKK GGH (Docket #1105 – issued 5/3/05); <u>Fru-
8 Con Construction Corp. v. Sacramento Municipal Utility District</u>, Civ.S. 05-0583 LKK GGH
9 (docket #133); <u>El Dorado Irrigation District v. Traylor Bros., Inc.</u>, Civ.S. 03-0949 LKK GGH
10 (docket # 209); <u>DeFazio v. Hollister, Inc.</u>, Civ.S. 04-1358 WBS GGH (docket # 325).
11      IT IS SO ORDERED.
12 Dated: 08/12/08                    */s/ Gregory G. Hollows*
13                                    U.S. Magistrate Judge
14
   GGH:076/campbell2376.plan.wpd
15
16
17
18
19
20
21
22
23
24
25
   ----
26  [2] Although not yet ordered at the time this order was issued, the parties indicated that a consolidated complaint would be filed by September 2, 2008.

2