1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  NORMAN C. HILE (STATE BAR NO. 57299)
   nhile@orrick.com
3  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
4  ANDREA L. BROWN (STATE BAR NO. 237629)
   abrown@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
6  Sacramento, CA 95814-4497
   Telephone:    (916) 447-9200
7  Facsimile:    (916) 329-4900

8  Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP
9  (erroneously sued as "PricewaterhouseCoopers, LLP")

10 MILSTEIN, ADELMAN & KREGER, LLP
   WAYNE S. KREGER (STATE BAR NO. 154759)
11 WILLIAM A. BAIRD (STATE BAR NO. 192675)
   2800 Donald Douglas Loop North
12 Santa Monica, CA 90405
   Telephone:    (310) 396-9600
13 Facsimile:    (310) 396-9635

14 Attorneys for Plaintiffs
   SAMUEL BRANDON KRESS, JEFFREY LABERGE,
15 WILLOW MARKHAM, DANA BLINDBURY and JESSE
   KENNY

16 SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   ALAN R. PLUTZIK (STATE BAR NO. 077785)
17 2125 Oak Grove Road, Suite 120
   Walnut Creek, CA 94598
18 Telephone:    (925) 945-0770
   Facsimile:    (925) 945-8792
19
   Attorneys for Plaintiff
20 LAC AHN LE

21                     UNITED STATES DISTRICT COURT

22                     EASTERN DISTRICT OF CALIFORNIA

23

| | |
|---|---|
| 24  LAC ANH LE, on behalf of herself and all others similarly situated, | Case No.  2:08-CV-00997-LKK-EFB |
| 25               Plaintiff, | **STIPULATION AND ORDER RE: PROTECTIVE ORDER** |
| 26        v. | |
| 27  PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive, | |
| 28               Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| SAMUEL BRANDON KRESS, JEFFREY LABERGE, WILLOW MARKHAM, DANA BLINDBURY and JESSE KENNY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS LLP, a limited liability partnership; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:08-CV-00965 LKK/GGH |

STIPULATION AND ORDER RE PROTECTIVE ORDER

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the Court in the above-captioned actions (the "*Kress* and *Le* actions") has indicated that it intends to issue an order consolidating the actions;

WHEREAS the parties in the *Kress* and *Le* actions have agreed that the protective order governing the related matter of *Campbell et al. v. PricewaterhouseCoopers LLP*, Case No. 06-CV-02376-LKK-GGH (the "*Campbell* action"), would be appropriate for the *Kress* and *Le* actions, both for present purposes and after the actions are consolidated;

IT IS HEREBY STIPULATED AND AGREED that the protective order governing the *Campbell* action shall govern the *Kress* and *Le* actions, both for present purposes and after the actions are consolidated.

August 14, 2008                ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/
Julie A. Totten
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

August 14, 2008                MILSTEIN, ADELMAN & KREGER, LLP

/s/
William A. Baird
Attorneys for Plaintiffs SAMUEL BRANDON KRESS, JEFFREY LABERGE, DANA BLINDBURY, WILLOW MARKHAM and JESSE KENNY

August 12, 2008                SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

/s/
Gerald D. Wells III
Attorneys for Plaintiff LAC AHN LE

1                STIPULATION AND ORDER RE PROTECTIVE ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2
**ORDER**

3   Pursuant to the above stipulation, IT IS SO ORDERED.

4   August 18, 2008

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

PDF created with pdfFactory trial version www.pdffactory.com