**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:   (310) 396-9600
Facsimile:    (310) 396-9635
Email:        TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:    (925) 945-1276

Attorneys for Plaintiffs,
Kress, et. al.

# UNITED STATES DISTRICT COURT

# THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, JEFFREY LABERGE, WILLOW MARKHAM, DANA BLINDBURY and JESSE KENNY, individually and on behalf of all others similarly situated,    vs.

PRICEWATERHOUSECOOPERS LLP, a limited liability partnership; and DOES 1-100, inclusive,

         Defendants.

Case No. 2:08-CV-00965 LKK/GGH

**ORDER RE: EXTENSION OF TIME TO FILE CONSOLIDATED COMPLAINT**

Dept:       4
Judge:     Hon. Lawrence K. Karlton

_____

_____

*Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405*

1

PDF created with pdfFactory trial version www.pdffactory.com

## <u>ORDER</u>

After consideration of the above Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs must file a consolidated complaint in the above-entitled action no later than September 18, 2008.

IT IS HEREBY FURTHER ORDERED that the parties' joint discovery statement must be filed within 10 days of the filing of the consolidated complaint.

IT IS SO ORDERED.


DATE:  September 5, 2008


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

[Proposed] Order Re: Extension Of Time To File Consolidated Complaint

PDF created with pdfFactory trial version www.pdffactory.com