IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, et al.,

    Plaintiffs,                    No. CIV S-08-0965 LKK GGH

    vs.

PRICE WATERHOUSE COOPERS,        <u>SUMMARY ORDER</u>

    Defendant.

_____/

        The parties filed a joint discovery plan on January 12, 2009, in accordance with this court's directive at hearing on December 15, 2008.

        Accordingly, IT IS ORDERED that the Joint Proposed Discovery Plan, filed January 12, 2009, (docket #46), is adopted in full.

Dated: February 19, 2009

                              /s/ Gregory G. Hollows

                              U.S. Magistrate Judge

GGH:076/Kress0965.dsy2.wpd