UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

        Plaintiffs,                NO. CIV. S-08-0965 LKK/GGH

    v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

                                                   O R D E R

        Defendant.
_____/

    Plaintiffs have filed a motion for collective certification in this Fair Labor Standards Act action.  The court set a special briefing schedule for this motion.  (Doc. No. 53).  Briefing on the matter is now completed.  The court hereby SETS hearing on this motion for November 23, 2009 at 10:00 a.m. in courtroom 4.

    IT IS SO ORDERED.

    DATED: October 26, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT