UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

        Plaintiffs,           NO. CIV. S-08-0965 LKK/GGH

    v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

                                     O R D E R

        Defendant.

_____/

    This is a wage and hour action arising under the Fair Labor Standards Act, 29 U.S.C. section 201 et seq. (FLSA), and under California labor laws. On November 25, 2009, the court conditionally certified a collective action under 29 U.S.C. § 216(b) consisting of persons who are or were employed by Defendant PricewaterhouseCoopers LLP ("Defendant") as an Associate in the Attest Division of the Assurance line of business anywhere in the United States at any time from December 11, 2005 to the present and who were not licensed as a Certified Public Accountant

1

1 (collectively, "Attest Associates"), for purposes of FLSA claims
2 brought by these plaintiffs.  The court granted the parties 45 days
3 in which to submit a joint proposal for class notice.  The parties
4 have reached an agreement and submitted a joint notice.
5 Accordingly, the court APPROVES the parties' notice to the class
6 and consent to become a party plaintiff forms, Doc. No. 94.
7      IT IS SO ORDERED.
8      DATED: January 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2