NORMAN C. HILE (SBN 57299)
nhile@orrick.com
JULIE A. TOTTEN (SBN 166470)
jatotten@orrick.com
DAVID A. PRAHL (SBN 233583)
dprahl@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Sacramento, CA 95814-4497
Telephone:  +1-916-447-9200
Facsimile:  +1-916-329-4900

LYNNE C. HERMLE (SBN 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (SBN 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400
Facsimile:  650-614-7401

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

EDWARD J. WYNNE (SBN 165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:  415-461-6400
Facsimile:  415-461-3900

PETER A. MUHIC
pmuhic@btkmc.com
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia road
Radnor, PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056

JEFFREY K. COMPTON (SBN 142969)
jcompton@mzclaw.com
WILLIAM A. BAIRD (SBN 192675)
tbaird@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: 310-454-5900
Facsimile: 310-454-5970

STEVEN ELSTER (SBN 227545)
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, #201
Concord, CA 94518
Telephone:  925-324-2159
Facsimile:  925-945-1276

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, *et al.*,<br><br>Plaintiffs.<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 2:08-cv-00965 LKK/GGH<br><br>**STIPULATION AND ORDER RE SECOND MOTION FOR CONDITIONAL CERTIFICATION** |

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

WHEREAS, on April 22, 2009, the Court issued an Order directing Plaintiffs Samuel Brandon Kress, Lac Ahn Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey Laberge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, Plaintiffs) to file, *inter alia*, their second Fair Labor Standards Act ("FLSA") collective certification motion as to a putative nationwide class of Associates and Senior Associates in Defendant PricewaterhouseCoopers LLP's ("PwC") Advisory and Tax lines of service and Senior Associates in PwC's Assurance line of service by May 14, 2010 ("Second Motion for Conditional Certification");

WHEREAS, the parties are negotiating the terms of a potential stipulated consent to conditional certification as to some of the groups of employees at issue in Plaintiffs' Second Motion for Conditional Certification;

WHEREAS, the parties need additional time to consider and negotiate the stipulation;

WHEREAS, the stipulation being negotiated, if finalized, will impact the scope of Plaintiffs' Second Motion for Conditional Certification;

WHEREAS, the parties have met and conferred and agree to extend the deadline for Plaintiffs to file their Second Motion for Conditional Certification by two weeks to May 28, 2010;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and PwC, by and through their respective undersigned counsel, that:

1. Plaintiffs' Second Motion for Conditional Certification may be filed on or before May 28, 2010;

2. PwC's opposition brief shall be filed 45 days from the date Plaintiffs file their Second Motion for Conditional Collective Certification, and Plaintiffs' reply brief shall be filed 30 days thereafter;

3. All other dates set forth in the Court's April 22, 2009 order shall remain in effect.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED.

Dated: May 5, 2010

JULIE A. TOTTEN
NORMAN C. HILE
DAVID A. PRAHL
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP


/s/ Julie A. Totten
------
JULIE A. TOTTEN
Attorneys for Defendant
PricewaterhouseCoopers LLC

Dated: May 5, 2010

Edward J. Wynne
WYNNE LAW FIRM

Peter A. Muhic
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

Jeffrey K. Compton
William A. Baird
MARKUN ZUSMAN & COMPTON LLP

Steven Elster
LAW OFFICE OF STEVEN ELSTER

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP


/s/ Peter A. Muhic
------
PETER A. MUHIC
Attorneys for Plaintiffs

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: May 6, 2010

*[signature]*
------
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -

STIPULATION AND [PROPOSED] ORDER RE SECOND MOTION
FOR CONDITIONAL CERTIFICATION
CASE NO. 2:08-CV-00965-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com