**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, LAC ANH LE, JASON PATTERSON, LAUREN SAN MATEO, JAMES STEKELBERG, JEFFREY LABERGE, WILLOW MARKHAM, DANA BLINDBURY, JESSE KENNY, KELLY C. JONES, RICARDO OCHOA and ANTOINE POWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 2:08-cv-00965 LKK/GGH<br><br>**ORDER** |

This is a wage and hour action arising under the Fair Labor Standards Act, 29 U.S.C. section 201 et seq. (FLSA), and under California labor laws. On June 2, 2010, the Court issued an Order granting a stipulation between Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, "Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("PwC") (together, "the parties") regarding conditional collective certification of three groups of current and/or former PwC employees under 29 U.S.C. § 216(b) for purposes of FLSA claims brought by Plaintiffs. The conditionally certified groups consist of all current and former employees of PwC who, at any time between December 11, 2005 and the present, (a) were employed by PwC in the position of Associate in the Disputes, Analysis and Investigations ("DA&I") group of PwC's Advisory line of service, the Threat and Vulnerability Management ("TVM") group of PwC's Advisory line of service, and/or the Tax Projects Delivery Group ("TPDG") of PwC's Tax line of service in the United States at any point from December 11, 2005 to the present; and (b) were not licensed as Certified Public Accountants ("CPAs") during some or all of the time they worked in any of these positions (the "Stipulated Tax and Advisory Groups").

1     The Court granted the parties fifteen (15) days in which to submit a joint proposal for notice
2 to the Stipulated Tax and Advisory Groups.  The parties have reached an agreement and submitted a
3 joint proposal to the Court on June 17, 2010 (Doc. No. 149).  Accordingly, the court **APPROVES**
4 the parties' notice to the Stipulated Tax and Advisory Groups and Consent to Become a Party
5 Plaintiff forms.

6     IT IS SO ORDERED.

7     DATED: July 21, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT