NORMAN C. HILE (SBN 57299)
nhile@orrick.com
JULIE A. TOTTEN (SBN 166470)
jatotten@orrick.com
DAVID A. PRAHL (SBN 233583)
dprahl@orrick.com
ANDREA L. BROWN (SBN. 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:   +1-916-447-9200
Facsimile:   +1-916-329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

LYNNE C. HERMLE (SBN 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (SBN 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

EDWARD WYNNE (SBN 165819)
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:   415-461-6400
Facsimile:   415-461-3900

PETER A. MUHIC
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia road
Radnor, PA 19087
Telephone:   610-667-7706
Facsimile:   610-667-7056

WILLIAM A. BAIRD (SBN 192675)
JEFFREY COMPTON (SBN 142969)
MARKUN ZUSMAN & COMPTON LLP
17383 Sunset Blvd., Suite A-380
Pacific Palisades, CA 90272
Telephone:   310-454-5900
Facsimile:   310-454-5970

STEVEN ELSTER (SBN 227545)
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, #201
Concord, CA 94518
Telephone:   925-324-2159
Facsimile:   925-945-1276

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, *et al.*, <br><br> Plaintiffs. <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP, <br><br> Defendant. | Case No. 2:08-cv-00965 LKK/GGH <br><br> **STIPULATION AND ORDER RE CLASS CERTIFICATION MOTIONS AND TRIAL SCHEDULE** |

**STIPULATION**

WHEREAS, on April 22, 2009, the Court issued a Modified Scheduling Order directing Plaintiffs Samuel Brandon Kress, Lac Ahn Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey Laberge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, Plaintiffs) to file their motion for class certification under Federal Rule of Civil Procedure 23 as to a putative class consisting of California Associates and Senior Associates in PricewaterhouseCoopers LLP's ("PwC") Tax and Advisory lines of service and California Senior Associates in PwC's Assurance line of service between August 2, 2010 and October 1, 2010;

WHEREAS, the parties have propounded discovery relating to Plaintiffs' class certification motion seeking to certify a putative class consisting of California Associates and Senior Associates in PwC's Tax and Advisory lines of service and California Senior Associates in PwC's Assurance line of service, and are presently engaged in the process of responding to such discovery;

WHEREAS, the parties have met and conferred and agree that because discovery is voluminous and ongoing, the October 1, 2010 deadline for Plaintiffs to file their motion for certification is not realistic;

WHEREAS, the parties have met and conferred and agree that the timeline currently in place as set forth in the Court's April 22, 2009 Modified Scheduling Order for, *inter alia*, the non-expert disclosures, the motions to compel discovery, expert witness disclosures, discovery including expert discovery, law and motion, final pre-trial conference, and trial will remain the same;

WHEREAS, the parties have met and conferred and agree that the schedule regarding Plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23 as set forth in the Court's April 22, 2009 Modified Scheduling Order needs adjustment for the reasons set forth above.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and PwC, by and through their respective undersigned counsel:

1. Plaintiffs' motion for class certification under Federal Rule of Civil Procedure 23 as to a putative class consisting of California Associates and Senior Associates in PwC's Tax and

1 Advisory lines of service and California Senior Associates in PwC's Assurance line of service, shall
2 be filed between September 1, 2010 and November 1, 2010. Consistent with the Court's April 22,
3 2009 Modified Scheduling Order, PwC's opposition shall be filed 45 days from the filing date, and
4 Plaintiffs' reply shall be filed 30 days thereafter. The parties will propose a hearing date for
5 approximately one month after the reply date. If the Court accepts the parties' stipulation, the parties
6 will shortly thereafter contact the Court to schedule a hearing date.

7     2.    All other dates in the Court's April 22, 2009 Modified Scheduling Order shall remain
8 the same. In addition, the provisions in the Court's December 16, 2008 Scheduling Order shall
9 otherwise remain the same. For example, as provided in the Scheduling Order, the word
10 "completed" as it relates to law and motion means that all motions must be <u>heard</u> by the law and
11 motion deadline.

12 Dated: July 19, 2010

13 **BARROWAY TOPAZ KESSLER**      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
14 **KESSLER MELTZER & CHECK, LLP**

16 By: /s/Peter A. Muhic      By: /s/ Julie A. Totten
    Peter A. Muhic      Norman C. Hile (SBN 57299)
17     280 King of Prussia Road      Julie A. Totten (SBN 166470)
    Radnor, PA 19087      David A. Prahl (SBN 233583)
18     Telephone: (610) 667-7706      Andrea L. Brown (SBN 237629)
    Facsimile: (610) 667-7056      400 Capitol Mall, Suite 3000
19      Sacramento, CA 95814
     Telephone: (916) 447-9200
20      Facsimile: (916) 329-4900

21 **WYNNE LAW FIRM**
    Edward J. Wynne (SBN 165819)      Lynne C. Hermle (SBN 99779)
22     100 Drake Landing Road, Suite 275      Joseph C. Liburt (SBN 155507)
    Greenbrae, CA 94904      Sitthikit Chariyasatit (SBN 252028)
23     Telephone: (415) 461-6400      1000 Marsh Road
    Facsimile: (415) 461-3900      Menlo Park, CA 94025
24      Telephone: (650) 614-7400
     Facsimile: (650) 614-7401
25

26      *Counsel for Defendant*

27     - and -      - and -

28

**MARKUN ZUSMAN & COMPTON LLP**
William A. Baird (SBN 192675)
Jeffrey Compton (SBN 142969)
17383 Sunset Blvd., Suite A-380
Pacific Palisades, CA 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94518
Telephone: (925) 324-2159
Facsimile: (925) 945-1276

*Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED:**

**Dated:  July 21, 2010.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -

Stipulation And [Proposed]
Order Re Class Certification
Motions And Trial Schedule