1  **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
2  Peter A. Muhic (admitted *pro hac vice*)
   Robert J. Gray (admitted *pro hac vice*)
3  280 King of Prussia Road
   Radnor, PA 19087
4  Telephone:  (610) 667-7706
   Facsimile:  (610) 667-7056
5
   *Counsel for Plaintiffs*
6  (additional counsel listed on signature page)

7  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
8  Julie A. Totten (SBN 166470)
9  David A. Prahl (SBN 233583)
   400 Capitol Mall, Suite 3000
10 Sacramento, CA 95814
   Telephone: (916) 447-9200
11 Facsimile: (916) 329-4900

12 *Counsel for Defendant*

13
                    **UNITED STATES DISTRICT COURT**
14                  **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| SAMUEL BRANDON KRESS, LAC ANH LE, JASON PATTERSON, LAUREN SAN MATEO, JAMES STEKELBERG, JEFFREY LABERGE, WILLOW MARKHAM, DANA BLINDBURY, JESSE KENNY, KELLY C. JONES, RICARDO OCHOA and ANTOINE POWELL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs.<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendant. | Case No. 2:08-cv-00965 LKK/GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF OPT-IN PLAINTIFF FRANK XIAO XU'S CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Opt-in Plaintiff Frank Xiao Xu ("Xu") and Defendant PricewaterhouseCoopers LLP ("PwC"), by their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Opt-in Plaintiff Xu has opted-in to this action by filing a Consent To Become A Party Plaintiff form ("Consent");

WHEREAS, Opt-in Plaintiff Xu now seeks to dismiss his individual claims and withdraw his Consent; and

WHEREAS, the parties have agreed that Opt-in Plaintiff Xu may be dismissed from this action *without prejudice* and his Consent withdrawn,

IT IS HEREBY AGREED AND STIPULATED:

1. Opt-in Plaintiff Xu's individual claims in the above action be, and hereby are, dismissed in their entirety *without prejudice*; and

2. Opt-in Plaintiff Xu's Consent is hereby withdrawn;

3. This Stipulation and Order will not affect Opt-in Plaintiff Xu's status as an absent class member in connection with his claims under California's wage and hour laws;

4. Opt-In Plaintiff Xu and Defendant further stipulate and agree that each party is to bear its own attorneys' fees and costs.

Dated: July 28, 2010

**BARROWAY TOPAZ KESSLER KESSLER MELTZER & CHECK, LLP**

By: */s/ Peter A. Muhic*
Peter A. Muhic (pro hac vice)
Robert J. Gray (pro hac vice)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**WYNNE LAW FIRM**
Edward J. Wynne (SBN 165819)
100 Drake Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ David A. Prahl*
Julie A. Totten (SBN 166470)
David A. Prahl (SBN 233583)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

*Counsel for Defendant*

**MARKUN ZUSMAN & COMPTON LLP**
Jeffrey K. Compton (SBN 142969)
William A. Baird (SBN 192675)
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: 310-454-5900
Facsimile: 310-454-5970

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94518
Telephone: (925) 324-2159
Facsimile: (925) 945-1276

*Counsel for Plaintiffs*

**SO ORDERED:**

Dated:  July 29, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT