| | |
|---|---|
| NORMAN C. HILE (SBN 57299) <br> nhile@orrick.com <br> JULIE A. TOTTEN (SBN 166470) <br> jatotten@orrick.com <br> DAVID A. PRAHL (SBN 233583) <br> dprahl@orrick.com <br> ANDREA L. BROWN (SBN. 237629) <br> abrown@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 400 Capitol Mall, Suite 3000 <br> Sacramento, CA  95814-4497 <br> Telephone:     +1-916-447-9200 <br> Facsimile:     +1-916-329-4900 | LYNNE C. HERMLE (SBN 99779) <br> lchermle@orrick.com <br> JOSEPH C. LIBURT (SBN 155507) <br> jliburt@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, CA  94025 <br> Telephone:     650-614-7400 <br> Facsimile:     650-614-7401 |

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

| | |
|---|---|
| EDWARD WYNNE (SBN 165819) <br> WYNNE LAW FIRM <br> 100 Drakes Landing Road, Suite 275 <br> Greenbrae, CA 94904 <br> Telephone:     415-461-6400 <br> Facsimile:     415-461-3900 | PETER A. MUHIC <br> BARROWAY TOPAZ KESSLER <br> MELTZER & CHECK, LLP <br> 280 King of Prussia road <br> Radnor, PA  19087 <br> Telephone:     610-667-7706 <br> Facsimile:     610-667-7056 |
| WILLIAM A. BAIRD (SBN 192675) <br> JEFFREY COMPTON (SBN 142969) <br> MARKUN ZUSMAN & COMPTON LLP <br> 17383 Sunset Blvd., Suite A-380 <br> Pacific Palisades, CA 90272 <br> Telephone:     310-454-5900 <br> Facsimile:     310-454-5970 | STEVEN ELSTER (SBN 227545) <br> LAW OFFICE OF STEVEN ELSTER <br> 785/E2 Oak Grove Road, #201 <br> Concord, CA  94518 <br> Telephone:     925-324-2159 <br> Facsimile:     925-945-1276 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP, <br><br> Defendants. | Case No.  2:08-CV-00965-LKK-GGH <br><br> **STIPULATION AND  ORDER RE CLASS CERTIFICATION MOTIONS AND TRIAL SCHEDULE** |

1 **<u>STIPULATION</u>**

2 WHEREAS, on April 22, 2009, the Court issued a Modified Scheduling Order
3 directing Plaintiffs Samuel Brandon Kress, Lac Ahn Le, Jason Patterson, Lauren San Mateo,
4 James Stekelberg, Jeffrey Laberge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C.
5 Jones, and Antoine Powell (collectively, "Plaintiffs") to file their motion for class certification
6 under Federal Rule of Civil Procedure 23 as to a putative class consisting of California Associates
7 and Senior Associates in PricewaterhouseCoopers LLP's ("PwC") Tax and Advisory lines of
8 service, and California Senior Associates in PwC's Assurance line of service (the "Rule 23 Class
9 Certification Motion"), between August 2, 2010 and October 1, 2010;

10 WHEREAS, in June 2010 the parties engaged in discovery relating to Plaintiffs'
11 Rule 23 Class Certification Motion;

12 WHEREAS, in light of their ongoing discovery, in July 2010 the parties met and
13 conferred and agreed that the October 1, 2010 deadline for Plaintiffs to file their Rule 23 Class
14 Certification Motion was not realistic, and subsequently submitted a stipulation to the Court
15 proposing that Plaintiffs' deadline for filing their motion be extended;

16 WHEREAS, pursuant to the stipulation of the parties, on July 22, 2010, the Court
17 issued a modified scheduling order directing Plaintiffs to file their Rule 23 Class Certification
18 Motion between September 1, 2010 and November 1, 2010;

19 WHEREAS, the parties have since engaged in additional, more expansive
20 discovery relating to Plaintiffs' Rule 23 Class Certification Motion;

21 WHEREAS, the parties have met and conferred and agree that because discovery
22 is voluminous and ongoing, the November 1, 2010 deadline for Plaintiffs to file their Rule 23
23 Class Certification Motion is not realistic;

24 WHEREAS, the parties have met and conferred and agree that the schedule
25 regarding Plaintiffs' Rule 23 Class Certification Motion needs adjustment for the reasons set forth
26 above;

27 WHEREAS, the parties have met and conferred and agree that any adjustment to
28 the schedule regarding Plaintiffs' Rule 23 Class Certification Motion should factor in the

1  Thanksgiving and December holidays, and resulting time and witness availability constraints;

2  WHEREAS, the parties have met and conferred and agree that the timeline
3  currently in place as set forth in the Court's April 22, 2009 Modified Scheduling Order for, *inter*
4  *alia*, non-expert disclosures, motions to compel discovery, expert witness disclosures, discovery
5  (including expert discovery), law and motion, final pre-trial conference, and trial will remain the
6  same;

7  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and
8  between Plaintiffs and PwC, by and through their respective undersigned counsel:

9  1.   Plaintiffs' Rule 23 Class Certification Motion shall be filed between
10 November 1, 2010 and January 21, 2011.  Consistent with the Court's April 22, 2009 Modified
11 Scheduling Order, PwC's opposition shall be filed 45 days from the filing date, and Plaintiffs'
12 reply shall be filed 30 days thereafter. The parties will propose a hearing date for approximately
13 one month after the reply date.  If the Court accepts the parties' stipulation, the parties will shortly
14 thereafter contact the Court to schedule a hearing date.

15 2.   All other dates set forth in the Court's April 22, 2009 Modified Scheduling
16 Order shall remain the same.  In addition, the provisions of the Court's December 16, 2008
17 Scheduling Order shall otherwise remain the same.   For example, as provided in the Scheduling
18 Order, the word "completed" as it relates to law and motion means that all motions must be heard
19 by the law and motion deadline.

20 Dated: September 21, 2010

21 **BARROWAY TOPAZ KESSLER**  NORMAN C. HILE
   **KESSLER MELTZER & CHECK, LLP**  JULIE A. TOTTEN
22                                    DAVID A. PRAHL
                                      ANDREA L. BROWN
23                                    Orrick, Herrington & Sutcliffe LLP

24 By: /s/Peter A. Muhic
        Peter A. Muhic
25      Attorneys for Plaintiffs     /s/ Julie a. Totten
                                      JULIE A. TOTTEN
26                                    Attorneys for Defendant
                                      PRICEWATERHOUSECOOPERS LLP
27

28

1 **ORDER**

2 It is so ordered.

3 Dated: September 27, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT