LYNNE C. HERMLE (SBN 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (SBN155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

NORMAN C. HILE (SBN 57299)
nhile@orrick.com
JULIE A. TOTTEN (SBN166470)
jatotten@orrick.com
DAVID A. PRAHL (SBN 233583)
dprahl@orrick.com
ANDREA L. BROWN (SBN 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

**Attorneys for Defendant**
**PRICEWATERHOUSECOOPERS LLP**

Jeffrey K. Compton (SBN 142969)
jcompton@mzclaw.com
William A. Baird (SBN 192675)
tbaird@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 West Sunset Boulevard,
Suite A-380
Pacific Palisades , CA 90272
Telephone:     (310) 454-5900
Facsimile:      (310) 454-5970

Peter A. Muhic, PHV
pmuhic@btkmc.com
Robert J. Gray PHV
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor , PA 19087
Telephone:     (610) 667-7706
Facsimile:      (610) 667-7056

Steven Elster (SBN 227545)
manfromcal@sbcglobal.net
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, #201
Concord, CA  94518
Telephone:     (925) 324-2159

Edward Wynne (SBN165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:     (415) 461-6400
Facsimile:      (415) 461-3900

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al., | Case No.  2:08-CV-00965-LKK-GGH |
| Plaintiffs, | **STIPULATION AND ORDER RE CLASS CERTIFICATION MOTIONS AND TRIAL SCHEDULE** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendants. | |

1

**STIPULATION**

2          WHEREAS, on April 22, 2009, the Court issued a Modified Scheduling Order directing

3    Plaintiffs Samuel Brandon Kress, Lac Ahn Le, Jason Patterson, Lauren San Mateo, James

4    Stekelberg, Jeffrey Laberge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones,

5    and Antoine Powell (collectively, "Plaintiffs") to file their motion for class certification under

6    Federal Rule of Civil Procedure 23 as to a putative class consisting of California Associates and

7    Senior Associates in PricewaterhouseCoopers LLP's ("PwC") Tax and Advisory lines of service,

8    and California Senior Associates in PwC's Assurance line of service (the "Rule 23 Class

9    Certification Motion"), between August 2, 2010 and October 1, 2010;

10         WHEREAS, in June 2010 the parties engaged in discovery relating to Plaintiffs' Rule 23

11   Class Certification Motion;

12         WHEREAS, in light of their ongoing discovery, in July 2010 the parties met and

13   conferred and agreed that the October 1, 2010 deadline for Plaintiffs to file their Rule 23 Class

14   Certification Motion was not realistic, and subsequently submitted a stipulation to the Court

15   proposing that Plaintiffs' deadline for filing their motion be extended;

16         WHEREAS, pursuant to the stipulation of the parties, on July 22, 2010, the Court issued a

17   modified scheduling order directing Plaintiffs to file their Rule 23 Class Certification Motion

18   between September 1, 2010 and November 1, 2010;

19         WHEREAS, in light of their ongoing discovery, the parties further met and conferred and

20   agreed that the September 1, 2010 and November 1, 2010, deadline for Plaintiffs to file their Rule

21   23 Class Certification Motion was not realistic, and subsequently submitted a stipulation to the

22   Court proposing that Plaintiffs' deadline for filing their motion be extended;

23         WHEREAS, pursuant to the stipulation of the parties, on September 27, 2010, the Court

24   issued a modified scheduling order directing Plaintiffs to file their Rule 23 Class Certification

25   Motion between November 1, 2010 and January 21, 2011;

26         WHEREAS, the parties have since engaged in additional, more expansive discovery

27   relating to Plaintiffs' Rule 23 Class Certification Motion;

28         WHEREAS, after engaging in written discovery, reviewing documents produced by PwC

STIPULATION AND [PROPOSED] ORDER RE
CERTIFICATION
2:08-CV-00965-LKK-GGH

1   in response to Plaintiffs' discovery requests, and deposing a corporate representative from PwC to

2   discuss, *inter alia*, the job duties of unlicensed Associates and Senior Associates in PwC's

3   Advisory line of service in California, Plaintiffs have decided not to move to certify a Rule 23

4   class consisting of unlicensed Associates and Senior Associates in PwC's Advisory line of service

5   in California;

6   　　　　WHEREAS, the parties have met and conferred and agree that because discovery is

7   voluminous and ongoing, the January 21, 2011 deadline for Plaintiffs to file their Rule 23 Class

8   Certification Motion is not realistic with respect to the remaining portions of the putative classes

9   Plaintiffs seek to represent;

10   　　　　WHEREAS, in March 2009 this court entered an order granting summary adjudication in

11   the matter of *Campbell v. PricewaterhouseCoopers, LLP.,* Case No. 06-CV-02376-LKK-GGH

12   (the "*Campbell*" matter), which PwC has appealed to the Ninth Circuit Court of Appeals;

13   　　　　WHEREAS, the parties agree that the outcome of PwC's appeal in the *Campbell* matter

14   may affect the propriety of class certification as to the putative class of unlicensed Senior

15   Associates in PwC's Assurance line of service in California that Plaintiffs purport to represent;

16   　　　　WHEREAS, Plaintiffs intend to amend their complaint in this matter to include additional

17   class representatives that worked in Defendant's Tax line of service in California;

18   　　　　WHEREAS, the parties have met and conferred and agree that the schedule regarding

19   Plaintiffs' Rule 23 Class Certification Motion needs adjustment in light of the factors set forth

20   above;

21   　　　　WHEREAS, the parties have met and conferred and agree that the schedule currently in

22   place as set forth in the Court's April 22, 2009 Modified Scheduling Order for, *inter alia*, non-

23   expert disclosures (April 1, 2011), motions to compel discovery (to be heard by no later than June

24   1, 2011), expert witness disclosures (June 1, 2011), the completion of discovery (including expert

25   discovery) ( July 1, 2011), the completion of law and motion practice (September 1, 2011), the

26   final pre-trial conference (December 5, 2011), and trial (March 13, 2012), likewise need to be

27   adjusted in light of prior adjustments to the class certification schedule, as well as further

28   proposed adjustments to the class certification schedule set forth below;

1        ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between

2   Plaintiffs and PwC, by and through their respective undersigned counsel:

3        1.      Plaintiffs' Rule 23 Class Certification Motion with respect to Plaintiffs' putative

4   class of unlicensed Associates and Senior Associates in PwC's Tax line of service in California

5   shall be filed between January 21, 2011 and June 13, 2011. Consistent with the Court's April 22,

6   2009 Modified Scheduling Order, PwC's opposition shall be filed 45 days from the filing date,

7   and Plaintiffs' reply shall be filed 30 days thereafter. Within 14 days of the filing of Plaintiffs'

8   motion, the parties will propose a hearing date for approximately one month after the reply date.

9        2.      Plaintiffs' Rule 23 Class Certification Motion with respect to Plaintiffs' putative

10  class of unlicensed Senior Associates in PwC's Assurance line of service in California shall be

11  due 45 days after a decision is rendered by the Ninth Circuit in the *Campbell* matter, but in any

12  event no earlier than August 1, 2011.  Consistent with the Court's April 22, 2009 Modified

13  Scheduling Order, PwC's opposition shall be filed 45 days from the filing date, and Plaintiffs'

14  reply shall be filed 30 days thereafter. Within 14 days of the filing of Plaintiffs' motion, the

15  parties will propose a hearing date for approximately one month after the reply date.

16       3.      In the event that the Ninth Circuit has not rendered a decision in *Campbell* by

17  August 1, 2011, in order to avoid undue delay, the Court shall set a case management conference,

18  to take place no later than September 2, 2011, for the purpose of determining a briefing schedule

19  on Plaintiffs' Rule 23 Class Certification Motion with respect to Plaintiffs' putative class of

20  unlicensed Senior Associates in PwC's Assurance line of service in California.  Nothing in this

21  Stipulation shall prevent the parties from engaging in discovery with respect to Plaintiffs'

22  proposed class of unlicensed Senior Associates in PwC's Assurance line of service in California.

23       4.      The schedules set forth in the Court's April 22, 2009 scheduling order are hereby

24  vacated.  On or before July 15, 2011, the parties shall exchange proposals for new pre-trial and

25  trial schedules.  The parties shall then meet and confer and, wherever possible, reach agreement

26  regarding pre-trial and trial scheduling.  On or before September 9, 2011, the parties shall file

27  proposals for a new pre-trial and trial schedules with the court, along with a request for a

28  scheduling conference for the purpose of setting new pre-trial and trial dates.  The provisions of

STIPULATION AND [PROPOSED] ORDER RE
CERTIFICATION
2:08-CV-00965-LKK-GGH

1   the Court's December 16, 2008 Scheduling Order shall otherwise remain the same. For example,

2   as provided in the Scheduling Order, the word "completed" as it relates to law and motion means

3   that all motions must be heard by the law and motion deadline.

4   Dated: January 7, 2011

5

6   **MARKUN ZUSMAN & COMPTON LLP**          **ORRICK, HERRINGTON &**
                                                     **SUTCLIFFE LLP**

7   By: _/s/ William A. Baird_____
              - and -                                By:___/s/ Julie A. Totten_____

8   **BARROWAY TOPAZ KESSLER**
    **KESSLER MELTZER & CHECK, LLP**              Norman C. Hile (SBN 57299)
                                                     Julie A. Totten (SBN 166470)
9                                                    David A. Prahl (SBN 233583)
    **WYNNE LAW FIRM**                            Andrea L. Brown (SBN 237629)
10  Edward J. Wynne                                         - and -
                                                     Lynne C. Hermle (SBN 99779)
11  **LAW OFFICE OF STEVEN ELSTER**              *Counsel for Defendant*

12  Steven Elster

13  *Counsel for Plaintiffs*

14

15

16  Dated:  January 19, 2011

17  **SO ORDERED:**

18

19

20  _____
    LAWRENCE K. KARLTON
21  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28