Jeffrey K. Compton (SBN 142969)
jcompton@mzclaw.com
William A. Baird (SBN 192675)
tbaird@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 West Sunset Boulevard,
Suite A-380
Pacific Palisades , CA 90272
Telephone:     (310) 454-5900
Facsimile:      (310) 454-5970

Peter A. Muhic, PHV
pmuhic@btkmc.com
Robert J. Gray PHV
BARROWAY TOPAZ KESSLER MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor , PA 19087
Telephone:     (610) 667-7706
Facsimile:      (610) 667-7056

Steven Elster (SBN 227545)
manfromcal@sbcglobal.net
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, #201
Concord, CA  94518
Telephone:     (925) 324-2159

Edward Wynne (SBN165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:     (415) 461-6400
Facsimile:      (415) 461-3900

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

LYNNE C. HERMLE (SBN 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (SBN155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

NORMAN C. HILE (SBN 57299)
nhile@orrick.com
JULIE A. TOTTEN (SBN166470)
jatotten@orrick.com
DAVID A. PRAHL (SBN 233583)
dprahl@orrick.com
ANDREA L. BROWN (SBN 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

**Attorneys for Defendant**
**PRICEWATERHOUSECOOPERS LLP**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP, <br><br> Defendants. | Case No.  2:08-CV-00965-LKK-GGH <br><br> **JOINT STIPULATION AND  ORDER FOR PLAINTIFFS TO FILE A SECOND AMENDED CONSOLIDATED CLASS/COLLECTIVE ACTION COMPLAINT TO ADD ADDITIONAL NAMED PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES** |

Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, "Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") (together, "the parties"), by and through their respective counsel, hereby stipulate to the filing of a Second Amended Consolidated Class/Collective Action Complaint in this matter to add Albert Liu, Daniel Gonzalez, and David Beadles as named plaintiffs and proposed class representatives as to a proposed class of Associates and/or Senior Associates in PwC's Tax line of service in California.

WHEREAS, Plaintiffs filed the operative Amended Consolidated Class/Collective Action Complaint in this action on December 24, 2008 (Docket Entry 45).

WHEREAS, as previously set forth in the parties' Stipulation and [Proposed] Order Re Class Certification Motions and Trial Schedule approved by this Court on January 20, 2011 (Docket Entry 196), Plaintiffs desire to add Albert Liu, Daniel Gonzalez, and David Beadles, who worked in Defendant's Tax line of service in California, as named plaintiffs and proposed class representatives and, accordingly, seek to file a Second Amended Consolidated Class/Collective Action Complaint for that and no other purpose.

WHEREAS, Plaintiffs represent that they do not seek to amend the operative complaint to add Albert Liu, Daniel Gonzalez, and David Beadles as named plaintiffs and proposed class representatives for the purpose of delay, but rather to promote efficiency and to expeditiously advance the interests of the putative class of Associates and Senior Associates who worked in Defendant's tax line of service in California.

WHEREAS, Plaintiffs represent that the proposed amendment will have no effect on any existing case management deadlines, given that the parties are presently engaged in discovery regarding Plaintiffs' proposed Rule 23 classes consisting of Associates and Senior Associates in

Defendant's Tax line of service in California ("Rule 23 Tax Class") and Senior Associates in Defendant's Assurance line of service in California ("Rule 23 Assurance Class"); the deadline for Plaintiffs to file their motion for certification of a Rule 23 Tax Class is June 13, 2011; and the deadline for Plaintiffs to file their motion for certification of a Rule 23 Assurance Class is 45 days after a decision is rendered by the Ninth Circuit in the matter of *Campbell v. PricewaterhouseCoopers, LLP*, Case No. 06-cv-2376-LKK-GGH ("*Campbell*"), but in any event no earlier than August 1, 2011.

WHEREAS, the parties agree that Defendant is entitled to conduct discovery with respect to Mr. Liu, Mr. Gonzalez, and Mr. Beadles, and that they will attempt in good faith to complete that discovery in a manner that does not affect any existing case management deadlines in this case.

WHEREAS, the parties have met and conferred regarding the filing of Plaintiffs' Second Amended Consolidated Class/Collective Complaint.

WHEREAS, the parties agree that any proposed classes that Plaintiffs Liu, Gonzalez, or Beadles purport to represent shall be limited to proposed classes of California employees in PwC's Tax line of service, pursuant to Federal Rule of Civil Procedure 23.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, for the filing of a Second Amended Consolidated Class/Collective Action Complaint in the form and substance attached hereto as Exhibit A to add Albert Liu, Daniel Gonzalez, and David Beadles as additional named plaintiffs and proposed class representatives.  Defendant's Answer to Plaintiffs' Consolidated Class/Collective Action Complaint in this action, filed on October 6, 2008 (Docket Number 32) shall serve as Defendant's Answer to Plaintiffs' Second Amended Consolidated Class/Collective Action Complaint.

Dated: February 9, 2011

| | |
|---|---|
| **MARKUN ZUSMAN & COMPTON LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| By:  /s/ William A. Baird  | By:    /s/ Julie A. Totten |
|             - and - | |
| **BARROWAY TOPAZ KESSLER KESSLER MELTZER & CHECK, LLP** | Norman C. Hile (SBN 57299) |
| | Julie A. Totten (SBN 166470) |
| **WYNNE LAW FIRM** | David A. Prahl (SBN 233583) |
| Edward J. Wynne | Andrea L. Brown (SBN 237629) |
| | - and - |
| **LAW OFFICE OF STEVEN ELSTER** | Lynne C. Hermle (SBN 99779) |
| Steven Elster | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**SO ORDERED:**

Dated:  February 15, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT