Jeffrey K. Compton (SBN 142969)
jcompton@mzclaw.com
William A. Baird (SBN 192675)
tbaird@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 West Sunset Boulevard,
Suite A-380
Pacific Palisades, CA 90272
Telephone:    (310) 454-5900
Facsimile:    (310) 454-5970

Steven Elster (SBN 227545)
manfromcal@sbcglobal.net
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, #201
Concord, CA  94518
Telephone:    (925) 324-2159

Peter A. Muhic, PHV
pmuhic@btkmc.com
Robert J. Gray PHV
BARROWAY TOPAZ KESSLER MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7706
Facsimile:    (610) 667-7056

Edward Wynne (SBN165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:    (415) 461-6400
Facsimile:    (415) 461-3900

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

LYNNE C. HERMLE (SBN 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (SBN155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

NORMAN C. HILE (SBN 57299)
nhile@orrick.com
JULIE A. TOTTEN (SBN166470)
jatotten@orrick.com
DAVID A. PRAHL (SBN 233583)
dprahl@orrick.com
ANDREA L. BROWN (SBN 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900

**Attorneys for Defendant**
**PRICEWATERHOUSECOOPERS LLP**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.  2:08-CV-00965-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL A FURTHER RESPONSE TO INTERROGATORY NO. 1 FROM PLAINTIFF JONES'S INTERROGATORIES, SET ONE, PURSUANT TO LOCAL RULE 251(D)** |

1  Pursuant to Local Rule 230(f), Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason
2  Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana
3  Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, "Plaintiffs") and
4  Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") (together, "the parties"), by
5  and through their respective counsel, hereby stipulate to a continuance of the hearing date on
6  Plaintiffs' Motion to Compel a Further Response to Interrogatory No. 1 from Plaintiff Jones's
7  Interrogatories, Set One, Pursuant to Local Rule 251(d) ("Motion to Compel") to April 21, 2011
8  at 10:00 a.m.

9  WHEREAS, on February 23, 2011, Plaintiffs filed their Motion to Compel, noticing a
10  hearing date for March 17, 2011 at 10:00 a.m. (Docket No. 199).

11  WHEREAS, on February 28, 2011, Magistrate Judge Hollows issued an Order confirming
12  the hearing date and noting that, pursuant to Local Rule 251, the parties are to file their Joint
13  Statement by March 10, 2011 (Docket No. 200).

14  WHEREAS, the parties seek a continuance of the hearing date in order to further meet and
15  confer regarding the dispute which is the subject of Plaintiffs' Motion to Compel, and other issues
16  bearing on Plaintiffs' Motion to Compel.

17  NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between Plaintiffs
18  and Defendant, by and through their respective undersigned counsel, for a continuance of the
19  hearing date on Plaintiffs' Motion to Compel to April 21, 2011 at 10:00 a.m.

20  Dated: March 10, 2011

| | |
|---|---|
| **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| */s/ Peter A. Muhic* | */s/ David A. Prahl [w/permission]* |
| Peter A. Muhic | Norman C. Hile |
|  | Julie A. Totten |
| - and - | David A. Prahl |
|  | Andrea L. Brown |
| **MARKUN ZUSMAN & COMPTON LLP** | |
| William A. Baird | - and - |
| **WYNNE LAW FIRM** | Lynne C. Hermle |
| Edward J. Wynne | |
|  | **Attorneys for Defendant** |

- 2 -

[AMENDED] JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
2:08-CV-00965-LKK-GGH

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster

**Attorneys for Plaintiffs**

**IT IS SO ORDERED:**

Dated:March 10, 2011        /s/ Gregory G. Hollows
                            GREGORY G. HOLLOWS
                            U.S. Magistrate Judge