| | |
|---|---|
| Jeffrey K. Compton (SBN 142969)<br>jcompton@mzclaw.com<br>William A. Baird (SBN 192675)<br>tbaird@mzclaw.com<br>MARKUN ZUSMAN & COMPTON LLP<br>17383 West Sunset Boulevard,<br>Suite A-380<br>Pacific Palisades , CA 90272<br>Telephone:    (310) 454-5900<br>Facsimile:     (310) 454-5970 | Peter A. Muhic, PHV<br>pmuhic@btkmc.com<br>KESSLER TOPAZ<br>MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor , PA 19087<br>Telephone:     (610) 667-7706<br>Facsimile:      (610) 667-7056 |
| Steven Elster (SBN 227545)<br>manfromcal@sbcglobal.net<br>LAW OFFICE OF STEVEN ELSTER<br>785/E2 Oak Grove Road, #201<br>Concord, CA  94518<br>Telephone:    (925) 324-2159 | Edward Wynne (SBN165819)<br>ewynne@wynnelawfirm.com<br>WYNNE LAW FIRM<br>100 Drakes Landing Road, Suite 275<br>Greenbrae, CA 94904<br>Telephone:    (415) 461-6400<br>Facsimile:     (415) 461-3900 |

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.  2:08-CV-00965-LKK-GGH<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL A FURTHER RESPONSE TO INTERROGATORY NO. 1 FROM PLAINTIFF JONES'S INTERROGATORIES, SET ONE, PURSUANT TO LOCAL RULE 251(D)**<br><br>Date: July 21, 2011<br>Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor<br>Magistrate Judge Gregory G. Hollows |

1 TO THE COURT AND ALL INTERESTED PARTIES:

2 PLEASE TAKE NOTICE THAT on July 21, 2011 at 10:00 a.m. in Courtroom 9, 13th Floor, The Honorable Magistrate Judge Gregory G. Hollows presiding, United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, "Plaintiffs") will, and by this Motion do, respectfully move the Court pursuant to Local Rule 251(d) for an order requiring Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") to provide in response to Interrogatory No. 1 from Plaintiff Jones's Interrogatories, Set One, the contact information (names and addresses) for the class members of Plaintiffs' proposed FED. R. CIV. P. 23 classes, consisting of all current and former employees of PwC who worked as Associates and Senior Associates in PwC's Tax line of service in California and Senior Associates in PwC's Assurance line of service in California at any time from October 27, 2003 to the present.

It is well established that such information is discoverable and routinely produced in a wage and hour class action - "the need for disclosure of names and addresses of potential class members to enable a representative plaintiff to prosecute his case is well-established." *Tomassi v. City of Los Angeles*, No. 08-cv-1851, 2008 WL 4722393, at *4 (C.D. Cal. Oct. 24, 2008). Plaintiffs' detailed arguments are set forth in the parties' accompanying Joint Statement re: Discovery Disagreement.

In addition to the parties' Joint Statement re: Discovery Disagreement, this Motion is also supported by the Declaration of Peter A. Muhic in Support of Plaintiffs' Motion to Compel a Further Response to Interrogatory No. 1 from Plaintiff Jones's Interrogatories, Set One, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

## STATEMENT OF RELIEF SOUGHT

Plaintiffs seek an order:

1. Granting Plaintiffs' Motion to Compel a Further Response to Interrogatory No. 1 from Plaintiff Jones's Interrogatories, Set One; and

2. Requiring PwC to respond to Interrogatory No. 1 from Plaintiff Jones's Interrogatories to Defendant, Set One, by producing a computer readable data file containing the names and last known residence addresses of members of Plaintiffs' proposed Fed. R. Civ. P. 23 classes, consisting of all current and former employees of PwC who worked as Associates and Senior Associates in PwC's Tax line of service in California and Senior Associates in PwC's Assurance line of service in California at any time from October 27, 2003 to the present.

Dated: June 29, 2011  **KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*/s/ Peter A. Muhic*
Peter A. Muhic

*Attorneys for Plaintiffs*