William A. Baird (SBN 192675)
tbaird@mzclaw.com
**MARKUN ZUSMAN & COMPTON LLP**
17383 West Sunset Boulevard,
Suite A-380
Pacific Palisades, CA 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Steven Elster (SBN 227545)
manfromcal@sbcglobal.net
**LAW OFFICE OF STEVEN ELSTER**
785/E2 Oak Grove Road, #201
Concord, CA 94518
Telephone: (925) 324-2159

Peter A. Muhic, PHV
pmuhic@ktmc.com
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Edward Wynne (SBN165819)
ewynne@wynnelawfirm.com
**WYNNE LAW FIRM**
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

**Attorneys for Plaintiffs
SAMUEL BRANDON KRESS, et al.**

Lynne C. Hermle (SBN 99779)
lchermle@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

**Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP**

Norman C. Hile (SBN 57299)
nhile@orrick.com
Julie A. Totten (SBN166470)
jatotten@orrick.com
David A. Prahl (SBN 233583)
dprahl@orrick.com
Andrea L. Brown (SBN 237629)
abrown@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP, <br><br> Defendants. | Case No. 2:08-CV-00965-LKK-GGH <br><br> **STIPULATION AND ORDER RE CLASS CERTIFICATION MOTIONS AND TRIAL SCHEDULE** |

**STIPULATION**

WHEREAS, on January 20, 2011, the Court issued an Order granting a Stipulation entered into between Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, and Antoine Powell (collectively, "Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") (together, "the parties") concerning a modified schedule for class certification motions and trial. *See* Docket No. 196.

WHEREAS, pursuant to the Court's January 20, 2011 Order, Plaintiffs' Rule 23 Class Certification Motion with respect to a putative class of unlicensed Associates and Senior Associates in PwC's Tax line of service in California ("Rule 23 Tax Class") shall be filed by June 13, 2011, PwC's opposition shall be filed 45 days thereafter, and Plaintiffs' reply shall be due 30 days later.

WHEREAS, pursuant to the Court's January 20, 2011 Order, Plaintiffs' Rule 23 Class Certification Motion with respect to a putative class of unlicensed Senior Associates in PwC's Assurance line of service in California ("Rule 23 Assurance Class") shall be due 45 days after a decision is rendered by the Ninth Circuit in the matter of *Campbell v. PricewaterhouseCoopers LLP*, Case No. 06-CV-02376-LKK-GGH (the "*Campbell*" matter), but in any event no earlier than August 1, 2011; PwC's opposition shall be filed 45 days after the filing date, and Plaintiffs' reply shall be filed 30 days thereafter; within 14 days of the filing of Plaintiffs' motion, the parties will propose a hearing date for approximately one month after the reply date; and in the event that the Ninth Circuit has not rendered a decision in the *Campbell* matter by August 1, 2011, in order to avoid undue delay, the Court shall set a case management conference to take place no later than September 2, 2011 for the purpose of determining a briefing schedule.

WHEREAS, following the Court's January 20, 2011 Order, the parties engaged in further written discovery relating to Plaintiffs' Class Certification Motion with respect to a Rule 23 Tax Class.

///

///

1  WHEREAS, the parties subsequently agreed that it would be most efficient for the parties
2  to hold off on briefing and conducting further discovery about Plaintiffs' Rule 23 Tax Class until
3  after the Ninth Circuit's ruling in the *Campbell.*

4  WHEREAS, the parties thereafter submitted a stipulation along those lines that the Court
5  signed on April 4, 2011. Docket Number 216.

6  WHEREAS, on June 14, 2011, the Ninth Circuit issued a ruling in *Campbell*.

7  WHEREAS, the parties request additional time to conduct discovery prior to Plaintiffs'
8  deadline for filing their Rule 23 certification motions.

9  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between
10 Plaintiffs and Defendant, by and through their respective undersigned counsel, as follows:

11  1.  Plaintiffs' Rule 23 Class Certification Motion with respect to Plaintiffs' putative
12 class of unlicensed Senior Associates in PwC's Assurance line of service in California shall be
13 due on November 1, 2011.  PwC's opposition shall be filed on December 16, 2011, and Plaintiffs'
14 reply shall be filed on January 16, 2012.  Within 14 days of the filing of Plaintiffs' motion, the
15 parties will propose a hearing date for approximately one month after the reply date.

16  2.  Plaintiffs' Rule 23 Class Certification Motion with respect to Plaintiffs' putative
17 class of unlicensed Associates and Senior Associates in PwC's Tax line of service in California
18 shall be due on January 30, 2012.  PwC's opposition shall be filed on March 15, 2012, and
19 Plaintiffs' reply shall be filed on April 14, 2012.  Within 14 days of the filing of Plaintiffs'
20 motion, the parties will propose a hearing date for approximately one month after the reply date.

21 Dated: July 19, 2011

/s/ Peter A. Muhic
Peter A. Muhic, PHV
**KESSLER TOPAZ
MELTZER & CHECK, LLP**

William A. Baird (SBN 192675)
**MARKUN ZUSMAN & COMPTON LLP**

Edward J. Wynne (SBN 165819)
**WYNNE LAW FIRM**

Steven Elster (SBN 227545)
**LAW OFFICE OF STEVEN ELSTER**

**Attorneys for Plaintiffs
SAMUEL BRANDON KRESS, et al.**

Dated: July 19, 2011

| | |
|---|---|
| /s/ Julie A. Totten_____<br>Norman C. Hile (SBN 57299)<br>Julie A. Totten (SBN166470)<br>David A. Prahl (SBN 233583)<br>Andrea L. Brown (SBN 237629)<br>**ORRICK, HERRINGTON &**<br>**SUTCLIFFE LLP** | Lynne C. Hermle (SBN 99779)<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>**LLP** |

**Attorneys for Defendant**
**PRICEWATERHOUSECOOPERS LLP**

**IT IS SO ORDERED:**

Date:  July 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT