1  Jeffrey K. Compton (SBN 142969)
   jcompton@mzclaw.com
2  William A. Baird (SBN 192675)
   tbaird@mzclaw.com
3  MARKUN ZUSMAN & COMPTON LLP
   17383 West Sunset Boulevard,
4  Suite A-380
   Pacific Palisades , CA 90272
5  Telephone:   (310) 454-5900
   Facsimile:   (310) 454-5970

   Peter A. Muhic, PHV
   pmuhic@btkmc.com
   Robert J. Gray PHV
   BARROWAY TOPAZ KESSLER MELTZER
   & CHECK, LLP
   280 King of Prussia Road
   Radnor , PA 19087
   Telephone:   (610) 667-7706
   Facsimile:   (610) 667-7056

7  Steven Elster (SBN 227545)
   manfromcal@sbcglobal.net
   LAW OFFICE OF STEVEN ELSTER
8  785/E2 Oak Grove Road, #201
   Concord, CA  94518
9  Telephone:   (925) 324-2159

   Edward Wynne (SBN165819)
   ewynne@wynnelawfirm.com
   WYNNE LAW FIRM
   100 Drakes Landing Road, Suite 275
   Greenbrae, CA 94904
   Telephone:   (415) 461-6400
   Facsimile:   (415) 461-3900

10 **Attorneys for Plaintiffs**
   **SAMUEL BRANDON KRESS, et al.**

12 DANIEL J. THOMASCH (Admitted *Pro Hac Vice*)
   dthomasch@gibsondunn.com
13 LAUREN J. ELLIOT (Admitted *Pro HacVice*)
14 lelliot@gibsondunn.com
   GIBSON DUNN & CRUTCHER LLP
15 200 Park Avenue
   New York, New York  10166-0193
16 Telephone: 1-212-351-4000
   Facsimile: 1-212-351-4035

   NORMAN C. HILE (SBN 57299)
   nhile@orrick.com
   JULIE A. TOTTEN (SBN166470)
   jatotten@orrick.com
   DAVID A. PRAHL (SBN 233583)
   dprahl@orrick.com
   ANDREA L. BROWN (SBN 237629)
   abrown@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
   Telephone:   (916) 447-9200
   Facsimile:   (916) 329-4900

18 **Attorneys for Defendant**
   **PRICEWATERHOUSECOOPERS LLP**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.  2:08-CV-00965-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY** |

1  Pursuant to Local Rule 230(f), Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason
2  Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana
3  Blindbury, Jesse Kenny, Kelly C. Jones, Albert Liu, David Beadles, Daniel Gonzalez, and
4  Antoine Powell (collectively, "Plaintiffs") and Defendant PricewaterhouseCoopers LLP
5  ("Defendant" or "PwC") (together, "the parties"), by and through their respective counsel, hereby
6  stipulate to a continuance of the hearing date on Defendant's Motion to Compel Further
7  Deposition Testimony from Plaintiffs Kenny and Kress, Pursuant to Local Rule 251 ("Motion to
8  Compel") to October 27, at 10:00 a.m.

9  WHEREAS, on September 29, 2011, Defendant filed its Motion to Compel, noticing a
10 hearing date for October 20, 2011 at 10:00 a.m. (Docket No. 237).

11 WHEREAS, the parties have attempted in good faith to meet and confer regarding the
12 dispute which is the subject of Defendant's Motion to Compel, and only recently concluded the
13 meet-and-confer process.

14 WHEREAS, the parties need additional time to prepare and submit the required Joint
15 Statement Re Discovery Disagreement that will set forth the parties' respective positions
16 regarding the discovery dispute.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
2  Plaintiffs and Defendant, by and through their respective undersigned counsel, that the hearing on
3  Plaintiffs' Motion to Compel shall be continued to October 27, 2011 at 10:00 a.m.

4  Dated: October 13, 2011

5  **MARKUN ZUSMAN & COMPTON LLP**         **ORRICK, HERRINGTON & SUTCLIFFE LLP**

7  ___/s/William A. Baird_____         ___/s/Norman C. Hile_____
   William A. Baird
8                                                Norman C. Hile
   - and -                                       Julie A. Totten
9                                                David A. Prahl
   **BARROWAY TOPAZ KESSLER**                    Andrea L. Brown
10 **MELTZER & CHECK, LLP**
   Peter A. Muhic                                - and -
11
   **WYNNE LAW FIRM**                            Daniel J. Thomasch
12 Edward J. Wynne
                                                 **Attorneys for Defendant**
13 **LAW OFFICE OF STEVEN ELSTER**
   Steven Elster
14
   **Attorneys for Plaintiffs**
15

17 **IT IS SO ORDERED:**

18 Dated: October 17, 2011                       /s/ Gregory G. Hollows
19                                               _____
                                                 GREGORY G. HOLLOWS
20                                               U.S. Magistrate Judge