```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

        Plaintiffs,                NO. CIV. S-08-0965 LKK/GGH

    v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

                                                        <u>O R D E R</u>
        Defendant.
_____/

    Defendant PriceWaterhouseCoopers, LLP has filed an ex parte request to extend the page limit for its opposition to plaintiffs' motion for class certification. This court's December 16, 2008 Status (Pretrial Scheduling) Conference Order limits briefs in support of and in opposition to motions to thirty pages. Defendants wish to file a fifty-page opposition to plaintiffs' motion for class certification.

    Accordingly, the court ORDERS as follows:

        [1]   The page limit for defendant's opposition to

1

plaintiffs' class certification motion is extended to fifty (50) pages.

[2] The page limit for plaintiffs' reply brief is extended to twenty-five (25) pages.

IT IS SO ORDERED.

DATED: January 10, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2