DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
(Admitted *Pro Hac Vice*)
lelliot@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:     212.351.4000
Facsimile:     212.351.4035

JULIAN W. POON, SBN 219843
 jpoon@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

NORMAN C. HILE, SBN 27599
nhile@orrick.com
JULIE A. TOTTEN, SBN 166470
jatotten@orrick.com
DAVID A. PRAHL, SBN 233583
dprahl@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone: 916.447.9200
Facsimile:  916.329.4900

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP


MARKUN ZUSMAN & COMPTON LLP
Jeffrey Compton
William Baird
17383 Sunset Blvd., Suite A-380
Pacific Palisades, California 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>          Defendant. | CASE NO.:  2:08-cv-00965 LKK/GGH<br><br>STIPULATION AND  ORDER RE CLASS CERTIFICATION MOTION |

## **STIPULATION**

WHEREAS, on July 21, 2011, the Court issued an Order granting a Stipulation entered into between Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, Albert Liu, Daniel Gonzalez, David Beadles, and Antoine Powell (collectively, "Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") (together, "the parties") concerning a modified schedule for, among other things, briefing related to Plaintiffs' Rule 23 Class Certification Motion with respect to a putative class of unlicensed Associates and Senior Associates in PwC's Tax line of service in California ("Rule 23 Tax Motion") (*see* Docket No. 223).

WHEREAS, pursuant to the Court's July 21, 2011 Order, the deadline for Plaintiffs to file their Rule 23 Tax Motion is January 30, 2012, the deadline for PwC to file its opposition brief is March 15, 2012, and the deadline for Plaintiffs to file their reply brief is April 14, 2012;

WHEREAS, the parties have substantial discovery to complete relating to Plaintiffs' Rule 23 Tax Motion, including, but not limited to, written discovery and deposition discovery;

WHEREAS, the parties are in the process of completing briefing concerning Plaintiffs' Class Certification Motion with respect to a putative class of unlicensed Senior Associates in PwC's Audit division of its Assurance line of service in California ("Rule 23 Assurance Motion"), and Plaintiffs' reply brief on that Motion is due to be filed on February 13, 2012 (*see* Docket No. 252);

WHEREAS, the parties have met and conferred and agree that, given the substantial breadth of the putative class at issue in Plaintiffs' Rule 23 Tax Motion, an increase in the page limits applicable to the parties' opening, opposition and reply briefs would benefit the parties and the Court by helping to ensure that Plaintiffs' Rule 23 Tax Motion is fully and fairly briefed;

WHEREAS, the parties have met and conferred and agree that this stipulation is not for the purpose of delay and will further the effective and efficient administration of this litigation.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, as follows:

1. Plaintiffs' Rule 23 Tax Motion shall be due on or before July 31, 2012, PwC's opposition brief shall be due on or before September 28, 2012, and Plaintiffs' reply brief shall be due on or before November 13, 2012. Within 14 days of the filing of Plaintiffs' Rule 23 Tax Motion, the parties will meet and confer and propose a hearing date for approximately one month after the reply date.

2. The page limits applicable to the parties' briefs on Plaintiffs' Rule 23 Tax Motion shall be extended such that the parties' opening and opposition briefs shall be no more than 45 pages in length, and Plaintiffs' reply brief shall be no more than 20 pages in length.

Dated: January 19, 2012

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE L. MARYOTT
JULIAN W. POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
DAVID A. PRAHL
Orrick, Herrington & Sutcliffe LLP


By: /s/Daniel J. Thomasch
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

Dated: January 19, 2012

PETER MUHIC
JAMES A. MARO
MICHELLE A. COCCAGNA
Kessler Topaz Meltzer & Check, LLP

EDWARD WYNNE
Wynne Law Firm

JEFFREY COMPTON
WILLIAM BAIRD
Markun Zusman & Compton LLP

STEPHEN ELSTER
Law Office of Stephen Elster


By: /s/William Baird
    WILLIAM BAIRD
    Attorneys for Plaintiffs


**IT IS SO ORDERED.**

Dated:  January 20, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT