IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, et al.,

    Plaintiffs,                                      No. CIV S-08-0965 LKK GGH

    vs.

PRICE WATERHOUSE COOPERS,        <u>ORDER</u>

    Defendant.

_____/

        On April 19, 2012, the undersigned held a telephone conference regarding plaintiffs' issuance of subpoenas on seven non-party clients of Price Waterhouse Coopers, including E.I. du Pont de Nemours, American Express, CBS Corporation, Kraft Foods, Inc., Sara Lee Corporation, Goodyear Tire & Rubber, and Ford Motor Company. Present were Peter Muhic, Tony Baird, and Steven Elster for plaintiffs; and Norman Hile, Dan Thomasch, and Julie Totten for defendants. It was agreed that all PWC client depositions with attendant document requests, if any, be stayed pending briefing and oral argument on the matter which shall be brought as a motion for protective order pursuant to Fed. R. Civ. P. 26(c), but which will be briefed as a joint statement under E.D. Local Rule 251.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. Defendant's motion for protective order concerning the subpoenas at issue shall be heard on May 23, 2012, at 10:00 a.m.

2. Defendant shall submit its draft portion of the joint statement to plaintiffs by May 8, 2012. Plaintiffs shall insert their response and then file the joint statement by May 16, 2012. Defendant will have the opportunity to reply through oral argument at hearing.

3. The seven subpoenas issued to PWC's clients as set forth above, including depositions and document production, as well as any other PWC client depositions, et al., are stayed pending further order of the court.

DATED: April 19, 2012

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Kress0965.sch