| | |
|---|---|
| William A. Baird (SBN 192675) | Peter A. Muhic, PHV |
| tbaird@mzclaw.com | pmuhic@ktmc.com |
| **MARKUN ZUSMAN & COMPTON LLP** | **KESSLER TOPAZ MELTZER & CHECK** |
| 17383 West Sunset Boulevard, | 280 King of Prussia Road |
| Suite A-380 | Radnor, PA 19087 |
| Pacific Palisades, CA 90272 | Telephone: (610) 667-7706 |
| Telephone: (310) 454-5900 | Facsimile: (610) 667-7056 |
| Facsimile: (310) 454-5970 | |
| | |
| Steven Elster (SBN 227545) | Edward Wynne (SBN165819) |
| manfromcal@sbcglobal.net | ewynne@wynnelawfirm.com |
| **LAW OFFICE OF STEVEN ELSTER** | **WYNNE LAW FIRM** |
| 785/E2 Oak Grove Road, #201 | 100 Drakes Landing Road, Suite 275 |
| Concord, CA 94518 | Greenbrae, CA 94904 |
| Telephone: (925) 324-2159 | Telephone: (415) 461-6400 |
| | Facsimile: (415) 461-3900 |

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

| | |
|---|---|
| Daniel J. Thomasch | Norman C. Hile (SBN 57299) |
| (Admitted *Pro Hac Vice*) | nhile@orrick.com |
| Dthomasch@gibsondunn.com | Julie A. Totten (SBN166470) |
| Lauren J. Elliot | jatotten@orrick.com |
| (Admitted *Pro Hac Vice*) | David A. Prahl (SBN 233583) |
| lelliot@gibsondunn.com | dprahl@orrick.com |
| GIBSON, DUNN & CRUTCHER LLP | Andrea L. Brown (SBN 237629) |
| 200 Park Avenue | abrown@orrick.com |
| New York, New York 10166-0193 | **ORRICK, HERRINGTON &** |
| Telephone: 212.351.4000 | **SUTCLIFFE LLP** |
| Facsimile: 212.351.4035 | 400 Capitol Mall, Suite 3000 |
| | Sacramento, CA 95814-4497 |
| **Attorneys for Defendant** | Telephone: (916) 447-9200 |
| **PRICEWATERHOUSECOOPERS LLP** | Facsimile: (916) 329-4900 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al., | Case No. 2:08-CV-00965-LKK-GGH |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER RE CLASS CERTIFICATION MOTION ("RULE 23 TAX MOTION")** |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendants. | |

**STIPULATION**

WHEREAS, the deadline for Plaintiffs Samuel Brandon Kress, Lac Anh Le, Jason Patterson, Lauren San Mateo, James Stekelberg, Jeffrey LaBerge, Willow Markham, Dana Blindbury, Jesse Kenny, Kelly C. Jones, Albert Liu, Daniel Gonzalez, and David Beadles[1] to file their Rule 23 Class Certification Motion with respect to a putative class of unlicensed Associates and Senior Associates in PwC's Tax line of service in California ("Rule 23 Tax Motion") is July 31, 2012; the deadline for Defendant, PricewaterhouseCoopers LLP ("PwC"), to file its opposition brief is September 28, 2012; and the deadline for Plaintiffs to file their reply brief is November 13, 2012 (*see* ECF No. 262);

WHEREAS, discovery concerning Plaintiffs' Rule 23 Tax Motion is continuing including with respect to the production of additional documents requested by Plaintiffs and the anticipated depositions of certain named Plaintiffs and PwC's corporate designee(s);

WHEREAS, PwC is in the process of producing, on a rolling basis, the additional documents requested by Plaintiffs and will complete the production by August 7, 2012;

WHEREAS, Plaintiff has requested to take the deposition of PwC's corporate designee(s) in October 2012, and the parties have agreed to schedule the deposition for October 3, 2012;

WHEREAS, the parties have met and conferred and agree that an extension of the deadline for Plaintiffs' Rule 23 Tax Motion is needed in light of the outstanding discovery to be conducted by both parties, and that Plaintiffs' Rule 23 Tax Motion, will seek certification on no more than the tax lines and positions that Plaintiffs' representatives worked within, and which are believed to be limited to a class of unlicensed Associates in the International Tax Services, Tax Projects Delivery Group, Financial Services, Core Tax and International Assignment Services groups in PwC's Tax line of service in California and unlicensed Senior Associates in the Financial Services group in PwC's Tax line of service in California,[2] shall be filed on or before October 26, 2012; Defendant's opposition brief shall be due on or before December 21, 2012; and Plaintiffs' reply brief shall be due on or before February 8, 2013.  Within 14 days of the filing of

---

[1] Originally-named Plaintiff Antoine Powell has filed a Stipulation of Dismissal.
[2] Discovery is continuing as to the historical identification of the particular groups in question.

- 2 -

Plaintiffs' Rule 23 Tax Motion, the parties will meet and confer and propose a hearing date for approximately one month after the reply date.

WHEREAS, the parties also believe that in light of the issues to be addressed by Plaintiffs Rule 23 Tax Motion, a modest increase in the page limits for the parties' opening, opposition and reply briefs will benefit the parties and the Court by helping to ensure that the issues are fully and fairly briefed.  The parties believe that the page limits applicable to the parties' briefs on Plaintiffs' Rule 23 Tax Motion should be extended such that the parties' opening and opposition briefs shall be no more than 50 pages in length, and Plaintiffs' reply brief shall be no more than 25 pages in length;

WHEREAS, the parties have met and conferred and agree that this stipulation is not for the purpose of delay and will further the effective and efficient administration of this litigation.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, as follows:

1. Plaintiffs' Rule 23 Tax Motion shall be due on or before October 26, 2012, PwC's opposition brief shall be due on or before December 21, 2012, and Plaintiffs' reply brief shall be due on or before February 8, 2013.  Within 14 days of the filing of Plaintiffs' Rule 23 Tax Motion, the parties will meet and confer and propose a hearing date for approximately one month after the reply date.

2. The page limits applicable to the parties' briefs on Plaintiffs' Rule 23 Tax Motion shall be extended such that the parties' opening and opposition briefs shall be no more than 50 pages in length, and Plaintiffs' reply brief shall be no more than 25 pages in length.

PETTER MUHIC
Kessler Topaz Meltzer & Check, LLP

EDWARD WYNNE
Wynne Law Firm

WILLIAM BAIRD
Markun Zusman & Compton LLP

STEPHEN ELSTER
Law Office of Stephen Elster

By: /s/ William A. Baird
    WILLIAM A. BAIRD

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

Dated: July 24, 2012


DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE L. MARYOTT
JULIAN W. POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
DAVID A. PRAHL
Orrick, Herrington & Sutcliffe LLP

By: /s/ Daniel J. Thomasch
    DANIEL J. THOMASCH
    Attorneys for Defendant
    PRICEWATERHOUSECOOPERS LLP

Dated: July 24, 2012



**IT IS SO ORDERED:**

**Dated:  July 30, 2012.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT