| | |
|---|---|
| NORMAN C. HILE (SBN 57299) | DANIEL J. THOMASCH (SBN 1815349) |
| nhile@orrick.com | (Admitted Pro Hac Vice) |
| JULIE A. TOTTEN (SBN 166470) | dthomasch@gibsondunn.com |
| jatotten@orrick.com | LAUREN J. ELLIOT (SBN 2618122) |
| DAVID A. PRAHL (SBN 233583) | (Admitted Pro Hac Vice) |
| dprahl@orrick.com | lelliot@gibsondunn.com |
| ANDREA L. BROWN (SBN. 237629) | GIBSON, DUNN & CRUTCHER LLP |
| abrown@orrick.com | 200 Park Avenue |
| Orrick, Herrington & Sutcliffe LLP | New York, NY 10166-0193 |
| 400 Capitol Mall, Suite 3000 | Telephone: 212-351-4000 |
| Sacramento, CA 95814-4497 | Facsimile: 212-351-4035 |
| Telephone: 916-447-9200 | |
| Facsimile: 916-329-4900 | |

*Attorneys for Defendant*

| | |
|---|---|
| EDWARD WYNNE (SBN 165819) | PETER A. MUHIC, PHV |
| Wynne Law Firm | JAMES A. MARO, PHV |
| 100 Drakes Landing Road, Suite 275 | MICHELLE A. COCCAGNA, PHV |
| Greenbrae, CA 94904 | KESSLER TOPAZ |
| Telephone: 415-461-6400 | MELTZER & CHECK, LLP |
| Facsimile: 415-461-3900 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Telephone: 610-667-7706 |
| | Facsimile: 610-667-7056 |
| WILLIAM A. BAIRD (SBN 192675) | STEVEN ELSTER (SBN 227545) |
| JEFFREY COMPTON (SBN 142969) | LAW OFFICE OF STEVEN ELSTER |
| MARKUN ZUSMAN & COMPTON LLP | 785/E2 Oak Grove Road, #201 |
| 17383 Sunset Blvd., Suite A-380 | Concord, CA 94518 |
| Pacific Palisades, CA 90272 | Telephone: 925-324-2159 |
| Telephone: 310-454-5900 | Facsimile: 925-945-1276 |
| Facsimile: 310-454-5970 | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 2:08-cv-00965 LKK/GGH<br><br>STIPULATION OF DISMISSAL OF ANTOINE POWELL'S CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND WITHDRAWAL OF DECLARATIONS |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant PricewaterhouseCoopers LLP, by their undersigned counsel, hereby stipulate as follows:

WHEREAS, Antoine Powell was named as a Plaintiff and proposed class representative in this action;

WHEREAS, Antoine Powell submitted a declaration dated July 20, 2009 in support of Plaintiffs' Motion for Collective Certification of a class of Associates in the Attest Division of PwC's Assurance line of service (the "July 20, 2009 Powell Declaration");

WHEREAS, Antoine Powell submitted a supplemental declaration dated October 31, 2011 in support of Plaintiffs' Motion to Certify a class of Senior Associates in PwC's Assurance line of service in California (the "October 31, 2011 Powell Declaration");

WHEREAS, the parties have agreed that Antoine Powell shall be dismissed from this action and withdrawn as a potential class representative, and that Powell's declarations shall be withdrawn;

WHEREAS, the parties have further agreed that nothing in this stipulation precludes (1) Antoine Powell from asserting that he is entitled to become a member of any certified class of Senior Associates in PwC's Assurance line of service in California in this action; or (2) PwC from arguing that Antoine Powell refused to participate in the litigation and, as such, should be barred from becoming a member of any such certified class.

NOW THEREFORE, the parties stipulate that the Court may enter an Order as follows:

1. Plaintiff Antoine Powell's individual claims in the above action shall be, and hereby are, dismissed in their entirety;

2. Antoine Powell shall not be advanced as a class representative in this action;

3. The July 20, 2009 Powell Declaration and the October 31, 2011 Powell Declaration are hereby withdrawn;

4. Nothing in this stipulation shall preclude Antoine Powell from asserting that he is entitled to become a member of any certified class of Senior Associates in PwC's Assurance line of service in California in this action;

5. Nothing in this stipulation shall preclude PwC from arguing that Antoine Powell refused to participate in the litigation and, as such, should be barred from becoming a member of any such certified class; and

6. Plaintiffs and Defendant agree that each party is to bear its own attorneys' fees and costs.

Dated: March 20, 2012                                           Dated: March 20, 2012

**KESSLER TOPAZ MELTZER &**                   **ORRICK, HERRINGTON &**
**CHECK, LLP**                                                  **SUTCLIFFE LLP**

By: */s/ Peter A. Muhic*                                       By: */s/ Norman C. Hile (with consent)*
    Peter A. Muhic                                                Norman C. Hile

*Attorney for Plaintiffs*                                         *Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: October 3, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT