IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, et al.,

    Plaintiffs,                               No. CIV S-08-0965 LKK GGH

  vs.

PRICE WATERHOUSE COOPERS,        <u>ORDER</u>

    Defendant.

_____/

        Presently before the court is plaintiffs' *ex parte* application to set additional dates for 30(b)(6) deposition, filed October 11, 2012. Because this application concerns discovery under E.D. Local Rule 251, the parties will be required to file a joint statement.

        Accordingly, IT IS ORDERED that:

        1. A joint statement addressing the matters raised in plaintiffs' *ex parte* application to set additional dates for 30(b)(6) deposition, shall be filed by October 25, 2012.

        2. This matter will be heard on November 1, 2012 at 10:00 a.m., in courtroom #9.[1]

Dated: October 12, 2012

                            /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:076/Kress0965.jtstmt.wpd

---

[1] Plaintiffs' application to reset deadlines for their class certification motion will be separately determined by Judge Karlton. <u>See</u> Dkt. no. 306. Assuming that these deadlines will be extended, the undersigned sees no reason for expedited filing and hearing of this discovery dispute.

1