**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, LAC ANH LE, JASON PATTERSON, LAUREN SAN MATEO, JAMES STEKELBERG, JEFFREY LABERGE, WILLOW MARKHAM, DANA BLINDBURY, JESSE KENNY, KELLY C. JONES, RICARDO OCHOA, ANTOINE POWELL, AND ALBERT LIU, DANIEL GONZALEZ, DAVID BEADLES on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendant. | **CASE NO.: 2:08-CV-00965 LKK/GGH**<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO RESET DEADLINES FOR PLAINTIFF'S RULE 23 MOTION FOR CLASS CERTIFICATION REGARDING DEFENDANT'S TAX LINE OF SERVICE UNTIL DEFENDANT'S 30(B)(6) DEPOSITION CAN BE COMPLETED** |

**1**      This matter having been brought before the Court, and good cause appearing thereon, the

**2** Court hereby finds:

**3**      1.      Plaintiffs' Rule 23 Tax Motion filing deadline of October 26, 2012 is vacated as well

**4** as PwC's opposition brief deadline of December 21, 2012, and Plaintiffs' reply brief deadline of

**5** February 8, 2013.

**6**      2.      Upon resolution of the 30(b)(6) deposition dispute referenced in Plaintiff's ex parte

**7** motion, and Defendant's response thereto, the parties shall immediately negotiate and submit a

**8** certification schedule for Plaintiff's Rule 23 tax motion.  If the parties cannot agree on a schedule,

**9** they shall so notify the court.

**10**      Dated:  October 23, 2012.

**11**

**12** **IT IS SO ORDERED:**

**13**

**14**      _____
         LAWRENCE K. KARLTON
**15**    SENIOR JUDGE
         UNITED STATES DISTRICT COURT
**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**