| | |
|---|---|
| NORMAN C. HILE (SBN 57299) | DANIEL J. THOMASCH (SBN 1815349) |
| nhile@orrick.com | (Admitted Pro Hac Vice) |
| JULIE A. TOTTEN (SBN 166470) | dthomasch@gibsondunn.com |
| jatotten@orrick.com | LAUREN J. ELLIOT (SBN 2618122) |
| DAVID A. PRAHL (SBN 233583) | (Admitted Pro Hac Vice) |
| dprahl@orrick.com | lelliot@gibsondunn.com |
| Orrick, Herrington & Sutcliffe LLP | GIBSON, DUNN & CRUTCHER LLP |
| 400 Capitol Mall, Suite 3000 | 200 Park Avenue |
| Sacramento, CA  95814-4497 | New York, NY  10166-0193 |
| Telephone:   +1-916-447-9200 | Telephone: 212-351-4000 |
| Facsimile:    +1-916-329-4900 | Facsimile:  212-351-4035 |

Attorneys for Defendant

| | |
|---|---|
| EDWARD WYNNE (SBN 165819) | PETER A. MUHIC, PHV |
| Wynne Law Firm | VIRGINIA A. CHENTIS-STEVENS, PHV |
| 100 Drakes Landing Road, Suite 275 | KESSLER TOPAZ |
| Greenbrae, CA 94904 | MELTZER & CHECK, LLP |
| Telephone:    415-461-6400 | 280 King of Prussia Road |
| Facsimile:     415-461-3900 | Radnor, PA  19087 |
| | Telephone:    610-667-7706 |
| | Facsimile:     610-667-7056 |
| WILLIAM A. BAIRD (SBN 192675) | STEVEN ELSTER (SBN 227545) |
| JEFFREY COMPTON (SBN 142969) | LAW OFFICE OF STEVEN ELSTER |
| MARKUN ZUSMAN & COMPTON LLP | 785/E2 Oak Grove Road, #201 |
| 17383 Sunset Blvd., Suite A-380 | Concord, CA  94518 |
| Pacific Palisades, CA 90272 | Telephone:    925-324-2159 |
| Telephone:    310-454-5900 | Facsimile:     925-945-1276 |
| Facsimile:     310-454-5970 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al., | CASE NO.: 2:08-cv-00965 LKK/GGH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DISCOVERY MOTIONS** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendant. | |

**STIPULATION**

WHEREAS, on October 11, 2012, Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") filed a notice of motion for an order determining Plaintiffs' responses to PwC's written discovery requests to be insufficient and compelling sufficient responses to PwC's discovery requests, which PwC noticed to be heard on November 1, 2012 (Docket: 307);

WHEREAS, on October 11, 2012, Plaintiffs filed an Ex Parte Application seeking to compel PwC to produce the designated 30(b)(6) witness for additional days of deposition or to set a briefing schedule for a motion to compel to be heard on the issue (Docket: 308);

WHEREAS, on October 12, 2012, the Court in response to Plaintiffs' Ex Parte Application set a hearing date for Plaintiffs' motion to compel to be heard on November 1, 2012 (Docket 309);

WHEREAS, on October 19, 2012, Plaintiffs provided further responses to some of the discovery requests that are the subject matter of PwC's above-referenced discovery motion;

WHEREAS, the parties intend to engage in further meet and confer efforts regarding Plaintiffs' responses to PwC's discovery requests, the result of which may impact the scope of PwC's discovery motion;

WHEREAS, to accommodate these discussions as well as the unavailability of Plaintiffs' counsel, the parties jointly seek to continue the November 1, 2012 hearing date for the parties' respective discovery motions;

WHEREAS, the parties request that their motions be heard on the next available hearing date, which the parties understand to be December 6, 2012;

NOW THEREFORE, the parties stipulate that the Court may enter an Order as follows:

1. The discovery motions presently set to be heard on November 1, 2012, shall instead be heard on December 6, 2012.

| | | |
|---|---|---|
| 1 | Dated: October 25, 2012 | PETER MUHIC<br>Kessler Topaz Meltzer & Check, LLP |
| 2 | | |
| 3 | | EDWARD WYNNE<br>Wynne Law Firm |
| 4 | | WILLIAM BAIRD<br>Markun Zusman & Compton LLP |
| 5 | | |
| 6 | | STEVEN ELSTER<br>Law Office of Stephen Elster |

By: /s/William Baird
   WILLIAM BAIRD
   Attorneys for Plaintiffs
    SAMUEL BRANDON KRESS, et al.

Dated: October 25, 2012

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE L. MARYOTT
JULIAN W. POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
DAVID A. PRAHL
Orrick, Herrington & Sutcliffe LLP

By: /s/Daniel J. Thomasch
   DANIEL J. THOMASCH
   Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP

**IT IS SO ORDERED.**

Dated: October 30, 2012                /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE