1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAMUEL BRANDON KRESS, JEFFREY
     LABERGE AND WILLOW MARKHAM,
11   individually, and on behalf of
     all others similarly situated,

12        Plaintiffs,              NO. CIV. S-08-0965 LKK/GGH

13        v.

14
     PRICEWATERHOUSECOOPERS, LLP,
15   a Limited Liability Partnership;
     and DOES 1-100, inclusive,

16                                        O R D E R

17        Defendant.
     _____/

18        Plaintiffs bring this wage and hour action arising under the

19   Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (FLSA), and

20   California labor laws.  Having filed their state claims as a

21   California-wide class action, plaintiffs now move, pursuant to Fed.

22   R. Civ. P. 23(a) and 23(b)(3), to certify the class.[1]

23        In support of the Motion To Certify, the parties have lodged

24   ////

25   _____

26        [1] Plaintiffs brought their federal claims as a "collective
     action" under 29 U.S.C. § 216(b).

                                   1

the following documents under seal, pursuant to Protective Order:[2]

1.   Plaintiff lodged: (a) Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3); and (b) Declaration of Peter A. Muhic in Support of Plaintiffs' Motion for Class Certification and attached Exhibits. See ECF No. 245-5 (Notice of Lodging).

Long after the fifteen (15) court days it was permitted to file a request to seal, defendant filed a request (ECF No. 269) to seal Exhibits 14, 20 and 21 to the Muhic Declaration. Defendant's request to seal these documents is **DENIED** as untimely.

2.   Defendant lodged: defendant's Exhibits S1 to S14 to the Declaration of Michele L. Maryott in Support of PwC's Opposition to Plaintiffs' Motion for Class Certification. See ECF No. 257-2 (Notice of Lodging).

Defendant concurrently filed a Request To Seal those exhibits. ECF No. 257-1. Plaintiff has not objected to the request to seal, and accordingly the request to file these documents under seal is **GRANTED**.[3]

---

[2]   The Protective Order in effect in <u>Campbell v. PricewaterhouseCoopers, LLP</u>, 2:06-cv-2376, ECF No. 43 (E.D. Cal. October 12, 2007), also applies to this case.  ECF No. 25.

[3]   The public is entitled to view the evidence this court relies upon in its public decisions.  See <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1178 (9th Cir. 2006) (discussing the public's "'general right to inspect and copy public records and documents, including judicial records and documents'"), <u>quoting Nixon v. Warner Communications, Inc.</u>, 435 U.S. 589, 597 & n. 7 (1978). Accordingly, while the court will permit these documents to be sealed at this point, it will unseal any of these documents

1      3.   Plaintiff lodged: plaintiffs' Exhibits 1, 3, 4, 13, 17,

2  18, 27, 28, 29 to the Declaration of Peter A. Muhic in Support of

3  Reply Memorandum of Points and Authorities in Support of

4  Plaintiffs' Motion for Class Certification Pursuant to Federal

5  Rules of Civil Procedure 23(a) and (b)(3).  See ECF No. 265 (Notice

6  of Lodging).

7      Defendant timely filed a Request To Seal Exhibits 3, 4, 17 and

8  27 of the Muhic Declaration.   ECF No. 269.   Plaintiff has not

9  objected to the request to seal, and accordingly the request to

10  seal these documents is **GRANTED.**

11     For the reasons stated above, IT IS ORDERED that, within seven

12  (7) court days of the date of this order:

13     1.   Plaintiffs shall file in the public file for this case,

14  in full and un-redacted, the following documents, for which no

15  Request To Seal was timely filed:

16         (a) Plaintiffs' Memorandum of Points and Authorities in

17  Support of Plaintiffs' Motion for Class Certification Pursuant to

18  Federal Rules of Civil Procedure 23(a) and (b)(3), lodged under

19  seal on November 1, 2011;

20         (b) the   Declaration of Peter A. Muhic in Support of

21  Plaintiffs' Motion for Class Certification, together with Exhibits

22  1 through 26 thereto, lodged under seal on November 1, 2011;

23         (c) Exhibits 1, 13, 18, 28 and 29 to the Declaration of

24  Peter A. Muhic in Support of Reply Memorandum of Points and

25  _____

26  which it relies upon in the forthcoming decision on the motion to
    certify the class.

1   Authorities in Support of Plaintiffs' Motion for Class

2   Certification, lodged under seal on February 13, 2012;

3        2.   Plaintiffs shall file under seal: Exhibits 3, 4, 17 and

4   27 to the Declaration of Peter A. Muhic in Support of Reply

5   Memorandum of Points and Authorities in Support of Plaintiffs'

6   Motion for Class Certification, lodged under seal on February 13,

7   2012.

8        3.   Defendant shall file under seal: Exhibits S1 to S14 to

9   the Declaration of Michele L. Maryott in Support of

10  PricewaterhouseCoopers LLP's Opposition to Plaintiffs' Motion for

11  Class Certification, lodged under seal on January 13, 2012.

12       IT IS SO ORDERED.

13       DATED: December 14, 2012.

14

15

16

17  LAWRENCE K. KARLTON
    SENIOR JUDGE
18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26