PETER A. MUHIC, PHV
VIRGINIA A. CHENTIS-STEVENS, PHV
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA  19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

EDWARD WYNNE (SBN 165819)
**WYNNE LAW FIRM**
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

WILLIAM A. BAIRD (SBN 192675)
JEFFREY COMPTON (SBN 142969)
**MARKUN ZUSMAN & COMPTON LLP**
17383 Sunset Blvd., Suite A-380
Pacific Palisades, CA 90272
Telephone: 310-454-5900
Facsimile: 310-454-5970

STEVEN ELSTER (SBN 227545)
**LAW OFFICE OF STEVEN ELSTER**
785/E2 Oak Grove Road, #201
Concord, CA  94518
Telephone: 925-324-2159
Facsimile: 925-945-1276

*Attorneys for Plaintiffs*

NORMAN C. HILE (SBN 57299)
nhile@orrick.com
JULIE A. TOTTEN (SBN 166470)
jatotten@orrick.com
DAVID A. PRAHL (SBN 233583)
dprahl@orrick.com
**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

DANIEL J. THOMASCH (SBN 1815349)
(Admitted Pro Hac Vice)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT (SBN 2618122)
(Admitted Pro Hac Vice)
lelliot@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone: 212-351-4000
Facsimile: 212-351-4035

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 2:08-cv-00965 LKK/GGH<br><br>**STIPULATION AND ORDER FOR PARTIAL STAY PENDING RULING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

## STIPULATION

WHEREAS, this action seeks the recovery of overtime compensation on behalf of several certified and/or putative collective and Rule 23 classes of current and former employees of Defendant, PricewaterhouseCoopers LLP;

WHEREAS, pursuant to section 216(b) of the Fair Labor Standards Act, the Court has conditionally certified collective classes comprising of current and former unlicensed Associates who, during the relevant time period, worked in: (1) the Attest division of Defendant's Assurance line of service (*see* ECF No. 92); (2) the Disputes, Analysis and Investigations group of Defendant's Advisory line of service (*see* ECF No. 141); (3) the Threat and Vulnerability Management group of Defendant's Advisory line of service (*id*.); and (4) the Tax Projects Delivery Group of Defendant's Tax line of service (*id*.);

WHEREAS, Plaintiffs have moved for certification of a class of current and former unlicensed Senior Associates who, during the relevant time period, worked for Defendant in the Attest division of its Assurance line of service in California, pursuant to Federal Rule of Civil Procedure 23 (*see* ECF No. 245) ("Rule 23 Attest Senior Associate Motion");

WHEREAS, Plaintiffs also intend to move for certification of a class (or classes) of current and former unlicensed Associates and/or Senior Associates who, during the relevant time period, worked for Defendant in one or more divisions of its Tax line of service in California, pursuant to Federal Rule of Civil Procedure 23 ("Rule 23 Tax Motion");

WHEREAS, pursuant to the Court's October 23, 2012 Order, briefing on Plaintiffs' Rule 23 Tax Motion was vacated pending resolution of the discovery dispute referenced in Plaintiffs' *ex parte* application *(see* ECF No. 311);

WHEREAS, pursuant to the Court's November 20, 2012 Order, the parties' pending discovery-related motions (wherein Plaintiffs seek an Order regarding additional days of deposition for Defendant's Rule 30(b)(6) witness, and Defendant seeks an Order regarding the sufficiency of Plaintiffs' discovery responses) are currently set to be heard on January 30, 2013;

WHEREAS, the parties intend to engage in further meet and confer efforts regarding

Plaintiffs' responses to Defendant's discovery requests, the results of which may impact the scope of PwC's discovery motion;

WHEREAS, the parties believe that the Court's ruling on Plaintiffs' Rule 23 Attest Senior Associate Motion may offer guidance with respect to (1) Plaintiffs' anticipated Rule 23 Tax Motion; (2) the parties' current discovery-related disputes; (3) additional discovery; and (4) other case management considerations;

WHEREAS, the parties have met and conferred and agree to temporarily stay the conditionally certified collective actions comprising of current and former unlicensed Associates who, during the relevant time period, worked in: (a) the Disputes, Analysis and Investigations group of Defendant's Advisory line of service; (b) the Threat and Vulnerability Management group of Defendant's Advisory line of service; and (c) the Tax Projects Delivery Group of Defendant's Tax line of service; and Plaintiffs' state law claims and discovery associated with the Rule 23 Tax Motion, pending a ruling from the Court on Plaintiffs' Rule 23 Attest Senior Associate Motion.  The conditionally certified collective action comprising of current and former unlicensed Associates who, during the relevant time period, worked in the Attest division of Defendant's Assurance line of service shall not be stayed and discovery related thereto shall continue;

WHEREAS, the parties agree that the temporary stay will expire ten (10) business days after the Court rules on Plaintiffs' Rule 23 Attest Senior Associate Motion, at which time the parties will contact the Court to schedule a hearing date with respect to the discovery-related motions (to the extent they have not been resolved by the parties);

WHEREAS, the parties believe that such a stay will conserve the parties' and the Court's resources; and

WHEREAS, this stipulation is not for the purpose of delay, will not prejudice either party and will promote the just, speedy and efficient administration of this action.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and PwC, by and through their respective undersigned counsel:

1. This action is temporarily stayed as to the conditionally certified collective

actions comprising of current and former unlicensed Associates who, during the relevant time period, worked in: (a) the Disputes, Analysis and Investigations group of Defendant's Advisory line of service; (b) the Threat and Vulnerability Management group of Defendant's Advisory line of service; and (c) the Tax Projects Delivery Group of Defendant's Tax line of service; and as to Plaintiffs' state law claims and discovery associated with the Rule 23 Tax Motion, pending a ruling from the Court on Plaintiffs' Rule 23 Attest Senior Associate Motion. The conditionally certified collective action comprising of current and former unlicensed Associates, who, during the relevant time period, worked in the Attest division of Defendant's Assurance line of service shall not be stayed and discovery related thereto shall continue.

2. The stay will expire ten (10) business days after the Court rules on Plaintiffs' Rule 23 Attest Senior Associate Motion, at which time the parties will contact the Court to schedule a hearing date with respect to the discovery-related motions (to the extent they have not been resolved by the parties).

Dated: December 7, 2012

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ Peter A. Muhic
    Peter A. Muhic
    Virginia A. Chentis-Stevens

**MARKUN ZUSMAN & COMPTON LLP**
Jeffrey K. Compton
William A. Baird

**WYNNE LAW FIRM**
Edward J. Wynne

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster

*Attorney for Plaintiffs*

**SO ORDERED:**

Dated: December 14, 2012

Dated: December 7, 2012

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Daniel J. Thomasch (with consent)
    Daniel J. Thomasch
    Lauren J. Elliot
    Michele L. Maryott
    Julian W. Poon

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Norman C. Hile
Julie A. Totten
David A. Prahl

*Attorney for Defendant*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT