UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BRANDON KRESS, et al.,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,          NO. CIV. S-08-0965 LKK/AC

    v.

PRICEWATERHOUSECOOPERS LLP,

                     O R D E R

    Defendant.
_____/

    Plaintiffs have filed an <u>ex parte</u> application to stay discovery and to convene a case management conference. Defendants oppose.

    The court orders as follows:

    1.   Plaintiff's <u>ex parte</u> application to stay discovery (ECF No. 324) is **REFERRED** to the Magistrate Judge assigned to this case;

    2.   The parties shall attend a discovery conference before the Magistrate Judge assigned to this case, at a place and time designated by the Magistrate Judge;

////

1

1       3.   After the motion to stay discovery has been ruled upon
2  and the discovery conference has been completed, the Magistrate
3  Judge will notify this court when the parties are ready for a case
4  management conference in this court; and

5       4.   Plaintiffs' ex parte application to convene a case
6  management conference (ECF No. 324) in this court is **DENIED** without
7  prejudice to its renewal once the Magistrate Judge has notified
8  this court that the parties are ready for the conference.

9       IT IS SO ORDERED.

10      DATED: January 25, 2013.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2