DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
(Admitted *Pro Hac Vice*)
lelliot@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

NORMAN C. HILE, SBN 27599
nhile@orrick.com
JULIE A. TOTTEN, SBN 166470
jatotten@orrick.com
DAVID A. PRAHL, SBN 233583
dprahl@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: 916.447.9200
Facsimile: 916.329.4900

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, LAC ANH LE, JASON PATTERSON, LAUREN SAN MATEO, JAMES STEKELBERG, DANA BLINDBURY, JESSE KENNY, KELLY C. JONES, ANTOINE POWELL, ALBERT LIU, DANIEL GONZALEZ, and DAVID BEADLES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | CASE NO.: 2:08-cv-00965 LKK/GGH<br><br>**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S NOTICE OF NINTH CIRCUIT ORDER** |

Defendant PricewaterhouseCoopers LLP ("PwC") hereby notifies the Court that, by Order dated March 1, 2013, the U.S. Court of Appeals for the Ninth Circuit denied PwC's petition for permission to appeal this Court's January 10, 2013 Order granting class certification. A copy of the Ninth Circuit's Order is attached hereto as **Exhibit A**.

Dated: March 1, 2013

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE L. MARYOTT
JULIAN W. POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
DAVID A. PRAHL
Orrick, Herrington & Sutcliffe LLP


By: /s/Daniel J. Thomasch
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

# EXHIBIT A

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL BRANDON KRESS, individually, and on behalf of similarly situated current and former employees of PricewaterhouseCoopers, LLP, <br><br> Plaintiff - Respondent, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership, <br><br> Defendant - Petitioner. | No. 13-80009 <br><br> D.C. No. 2:08-cv-00965-LKK-AC Eastern District of California, Sacramento <br><br> ORDER |

Before: WARDLAW and MURGUIA, Circuit Judges.

Petitioner's motion for leave to file a reply in support of the petition for permission to appeal is granted.

The court, in its discretion, denies the petition for permission to appeal the district court's January 10, 2013 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

KE/MOATT