Jeffrey K. Compton (SBN 142969)
jcompton@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 West Sunset Boulevard, Suite A-380
Pacific Palisades, CA 90272
Telephone:   (310) 454-5900
Facsimile:   (310) 454-5970

William A. Baird (SBN 192675)
tbaird@marlinsaltzman.com
MARLIN & SALTZMAN
29229 Canwood Street, Suite 203
Agoura Hills, CA 91301
Telephone:   (818) 991-8080
Facsimile:   (818) 991-8081

Peter A. Muhic, PHV
pmuhic@btkmc.com
BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor , PA 19087
Telephone:   (610) 667-7706
Facsimile:   (610) 667-7056

Steven Elster (SBN 227545)
manfromcal@sbcglobal.net
Law Office of Steven Elster
785/E2 Oak Grove Road, #201
Concord, CA  94518
Telephone:   (925) 324-2159

Edward Wynne (SBN165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:   (415) 461-6400
Facsimile:   (415) 461-3900

Attorneys for Plaintiffs
SAMUEL BRANDON KRESS, et al.

Additional counsel appear on next page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>PRICEWATERHOUSECOOPERS LLP,<br>　　　　Defendants. | Case No.  2:08-CV-00965-LKK-AC<br><br>**JOINT STIPULATION AND ORDER RE CONTINUANCE OF JULY 22, 2013 CONFERENCE**<br><br>Date: July 22, 2013<br>Time: 1:30 p.m.<br>Location: Ctrm. 4 |

| | |
|---|---|
| Daniel J. Thomasch (PHV) | Norman C. Hile (SBN 27599) |
| dthomasch@gibsondunn.com | nhile@orrick.com |
| Lauren J. Elliot (PHV) | Julie A. Totten (SBN 166470) |
| lelliot@gibsondunn.com | jatotten@orrick.com |
| GIBSON, DUNN & CRUTCHER, LLP | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 200 Park Avenue | 400 Capitol Mall, Suite 3000 |
| New York, NY 10166 | Sacramento, CA 95814 |
| Telephone:  (212) 351-4000 | Telephone:  (916) 447-9200 |
| Facsimile:  (212) 351-4035 | Facsimile:  (916) 329-4900 |
| | |
| Julian W. Poon (SBN 219843) | Michele L. Maryott (SBN 191993) |
| jpoon@gibsondunn.com | mmaryott@gibsondunn.com |
| Alexander K. Mircheff (SBN 245074) | GIBSON, DUNN & CRUTCHER, LLP |
| Amircheff@gibsondunn.com | 3161 Michelson Drive |
| GIBSON, DUNN & CRUTCHER, LLP | Irvine, CA 92612 |
| 333 South Grand Avenue | Telephone:  (949) 451-3800 |
| Los Angeles, CA 90071 | Facsimile:  (949) 451-4220 |
| Telephone:  (213) 229-7000 | |
| Facsimile:  (213) 229-7520 | |

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

## STIPULATION

WHEREAS, the Court, via Minute Order on June 14, 2013, notified the parties that it set a Scheduling Conference for July 22, 2013 at 1:30 p.m. with updated status reports due July 8, 2013;

WHEREAS, lead counsel for Plaintiffs is not available on July 22, 2013;

WHEREAS, the parties have met and conferred and determined that September 16, 2013 is available for both parties.

WHEREAS, the parties have met and conferred and agreed to file updated status reports by September 3, 2013.

ACCORDINGLY, it is hereby stipulated by and between the parties that the SchedulingConference currently set for July 22, 2013 should be continued until September 16, 2013 at 2:30 p.m. with updated status reports due September 3, 2013.

Dated:  July 8, 2013                                **WYNNE LAW FIRM**

                                                    _____/S/_____
                                                    Edward J. Wynne
                                                    Attorneys for Plaintiffs

Dated:  July 8, 2013                                **GIBSON DUNN & CRUTCHER LLP**

                                                    _____/S/_____
                                                    Lauren J. Elliot
                                                    Attorneys for Defendant

## ORDER

It is so ordered.

Dated: July 10, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT