**MARLIN & SALTZMAN, LLP**
William A. Baird, Esq. (SBN 192675)
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:      (818) 991-8080
Facsimile:       (818) 991-8081
tbaird@marlinsaltzman.com

**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
Peter A. Muhic, PHV
Monique Myatt Galloway, PHV
280 King of Prussia Road
Radnor, PA 19087
Telephone:     (610) 667-7706
Facsimile:      (610) 667-7056
pmuhic@ktmc.com
mgalloway@ktmc.com

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA  94518
Telephone:      (925) 324-2159
steve.elster.law@gmail.com

**WYNNE LAW FIRM**
Edward Wynne (SBN165819)
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone:     (415) 461-6400
Facsimile:      (415) 461-3900
ewynne@wynnelawfirm.com

*Attorneys for Plaintiffs*

Additional Counsel Appear on next page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　　　Defendant. | **CASE NO.: 08-CV-00965 TLN/AC**<br><br>**JOINT STIPULATION AND ORDER REGARDING CLASS ACTION ADMINISTRATOR AND NOTICE TO SENIOR AUDIT ASSOCIATE CLASS REGARDING CLASS CERTIFICATION** |

1

| | | |
|---|---|---|
| 1 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** | **GIBSON, DUNN & CRUTCHER LLP** |

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Norman C. Hile (SBN 57299)
Julie A. Totten (SBN 166470)
David A. Prahl (SBN 233583)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-447-9200
Facsimile: 916-329-4900
nhile@orrick.com
jatotten@orrick.com
dprahl@orrick.com

**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch (SBN 1815349)
Lauren J. Elliot (SBN 2618122)
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Facsimile: 212-351-4035
dthomasch@gibsondunn.com
lelliot@gibsondunn.com

Michele L. Maryott (SBN 191993)
3161 Michelson Drive
Irvine, Ca. 92612
Telephone: 949-451-3800
Facsimile: 949-451-4220
mmaryott@gibsondunn.com

Julian W. Poon (SBN 219843)
Alexander K. Mircheff (SBN 245074)
333 South Grand Avenue
Los Angeles, Ca. 90071
Telephone: 213-299-7000
Facsimile: 213-229-7520
jpoon@gibsondunn.com
amircheff@gibsondunn.com

*Attorneys for Defendant*

2

Plaintiffs and Defendant, by and through their respective counsel, hereby respectfully request that the Court approve and adopt the following stipulation regarding class action administrator and Notice of Pendency of Class Action:

### **STIPULATION**

WHEREAS, on January 10, 2013 the Court granted certification of Plaintiffs' motion to certify a California class of "[a]ll current and former individuals employed by PricewaterhouseCoopers LLP . . . in the State of California as Senior Associates in the Assurance line of service at any point from October 27, 2003, through the time this action is certified as a class action, who were not Certified Public Accountants and who engaged in providing audit services to PwC's clients" pursuant to Rule 23 ("Senior Associate Class") [ECF No. 327];

WHEREAS, the parties have met and conferred, and reached agreement on a class action administrator and the form of the notice and exclusion form to be sent to the members of the Senior Associate Class;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant, by and through their respective undersigned counsel that:

1. Garden City Group shall serve as the class action administrator for the Senior Associate Class.

2. Plaintiffs shall be responsible for the costs associated with the service of notice to the Senior Associate Class by the Garden City Group, except that Defendant will be responsible for Garden City Group's costs of emailing the notice to the Senior Associate Class.

3. The Notice of Pendency of Class Action Against PricewaterhouseCoopers LLP ("Notice") and Election to be Excluded Form ("Exclusion Form") attached hereto collectively as Exhibit A is approved for service upon the Senior Associate Class members.

4. Counsel for PwC will submit a list containing the full names, last known mailing addresses, personal telephone numbers, and personal email addresses for the Senior Associate Class members directly to Garden City Group within fourteen days following the entry of an order

3

approving this Stipulation. For the Senior Associate Class members who are current employees of PwC, this list will also contain the PwC email addresses for those Senior Associate Class members.

5.      Garden City Group will send the Notice and Exclusion Form to the Senior Associate Class members via United States mail to the mailing addresses provided by PwC. In addition, for the Senior Associate Class members who are former employees of PwC, Garden City Group will email the Notice and Exclusion Form to the former PwC employee at his or her personal email addresses provided by PwC; for the Senior Associate Class members who are current PwC employees, Garden City Group will email the Notice and Exclusion Form to the current PwC employee at his or her PwC email address provided by PwC.

6.      The email address from which the claims administrator will send the Notice and Exclusion Form, and where completed Exclusion Forms may be returned by email will be: PwC_Overtime_Litigation_Class Administrator@tgcginc.com. The subject line of the email will be: "PwC Senior Associate Class Action (2003-2013): Notice of Overtime Suit and Optional Exclusion Form."

7.      PwC agrees that it will not intentionally track or monitor the emails from Garden City Group to the Senior Associate Class members, and that it will not intentionally track or monitor any emails sent from the recipient Senior Associate Class members to Garden City Group. PwC also agrees that it will not initiate any mass communications or postings with Senior Associate Class members regarding the Notice itself, the fact that the Notice is being sent, or the Senior Associate's right to remain in the class at any point. However, PwC personnel is not precluded from responding to inquiries from Senior Associate Class members regarding these subjects.

8.      Senior Associate Class members who wish to opt-out of the class must do so by timely signing and mailing or emailing the completed Exclusion Form to Garden City Group.

9.      Garden City Group shall maintain the list containing the contact information as described in Paragraph 4 as confidential until ten days after the expiration of the exclusion period, at which time Garden City Group will provide Class Counsel with a list that includes the provided contact information for all Senior Associate Class members who did not submit timely exclusion

4

1  forms.

2  10. At such time as Garden City Group provides the list referenced in Paragraph 9 to Class
3  Counsel, Garden City Group shall provide Class Counsel and Defendant with a list of the names of
4  individuals who submitted timely Exclusion Forms. The contact information for these individuals will
5  not be provided to Class Counsel.

Dated: July 29, 2014     **MARLIN & SALTZMAN, LLP**

/s/ William A. Baird
29229 Canwood Street, Suite 208
Agoura Hills, California 91301

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/Peter A. Muhic
Peter A. Muhic, PHV
280 King of Prussia Road
Radnor, PA 19087

Dated: July 29, 2014

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE L. MARYOTT
JULIAN W. POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
Orrick, Herrington & Sutcliffe LLP

/s/ Daniel J. Thomasch
Daniel J. Thomasch
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

T IS SO ORDERED.

Dated: July 31, 2014

Troy L. Nunley
United States District Judge

5