| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Peter A. Muhic, PHV<br>Monique Myatt Galloway, PHV<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone: 610-667-7706<br>Facsimile: 610-667-7056<br>pmuhic@ktmc.com<br>mgalloway@ktmc.com | **WYNNE LAW FIRM**<br>Edward Wynne (SBN 165819)<br>Wood Island<br>80 E. Sir Francis Drake Blvd., Ste. 3G<br>Larkspur, CA 94939<br>Telephone:  (415) 461-6400<br>Facsimile: (415) 461-3900<br>ewynne@wynnelawfirm.com |
| **MARLIN & SALTZMAN, LLP**<br>William A. Baird (SBN 192675)<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA  91301<br>Telephone:  (818) 991-8080<br>Facsimile: (818) 991-8081<br>tbaird@marlinsaltzman.com | |

*Class Counsel*

| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Norman C. Hile (SBN 57299)<br>Julie A. Totten (SBN 166470)<br>David A. Prahl (SBN 233583)<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA  95814-4497<br>Telephone: 916-447-9200<br>Facsimile: 916-329-4900<br>nhile@orrick.com<br>jatotten@orrick.com<br>dprahl@orrick.com | **GIBSON, DUNN & CRUTCHER LLP**<br>Daniel J. Thomasch, PHV<br>Lauren J. Elliot, PHV<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: 212-351-4000<br>Facsimile: 212-351-4035<br>dthomasch@gibsondunn.com<br>lelliot@gibsondunn.com |

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 2:08-cv-00965-TLN-AC<br><br>**STIPULATION AND ORDER RE: PLAINTIFFS' DEADLINE TO FILE SUPPLEMENTAL FINAL APPROVAL PAPERS** |

**STIPULATION**

WHEREAS, on December 23, 2015, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Collective Action Settlement, Appointment of Class Counsel, Approval of Proposed Class Notice, and Scheduling of a Final Approval Hearing ("Preliminary Approval Motion") (ECF No. 394), seeking approval of the Settlement Agreement and Release executed on December 21, 2015 ("Settlement Agreement"), by and between the FLSA Plaintiffs[1] and Defendant PricewaterhouseCoopers LLP ("Defendant" or "PwC") (collectively the "Settling Parties");

WHEREAS, on June 2, 2016, this Court entered an Order Granting Preliminary Approval of FLSA Associate Action Settlement; Appointment of a Settlement Administrator; Class Representatives; and Class Counsel for Settlement Purposes ("Preliminary Approval Order") (ECF No. 397), which, *inter alia*, set forth deadlines for distribution of Class Notice and motions for Final Approval and approval of Class Representative Service Awards and Attorneys' Fees and Expenses, and scheduled a Final Approval Hearing for August 25, 2016;

WHEREAS, the Preliminary Approval Order stated "[u]pon entry of this Order, the [Settling] Parties shall proceed toward a hearing on Final Approval, consistent with the deadlines set forth in the Settlement Agreement" (ECF No. 397, at 8);

WHEREAS, the Preliminary Approval Order further expressly modified certain deadlines "set forth in the Settlement Agreement" (*id.*, at 6-7 *compare* ECF No. 394-3, ¶ 108), and was silent as to a deadline for Class Counsel to file supplemental papers addressing any objections to the Settlement, which under the Settlement Agreement, was to be "10 (ten) days prior to the Final Approval Hearing" (*id.*, ¶ 110);

WHEREAS, based upon the modified schedule set forth in the Preliminary Approval Order, the deadline for Class Counsel to file supplemental papers addressing any objections to the Settlement, as "set forth in the Settlement Agreement," would occur before the deadline for Class Members to file objections or requests for exclusion from the Settlement;

---

[1] All capitalized, undefined terms used herein have the same meanings set forth in the Settlement Agreement. *See* ECF No. 394-3.

WHEREAS, the Settling Parties and their counsel have been diligent in complying with all deadlines expressly set forth in the Preliminary Approval Order to timely "proceed toward [the August 25, 2016] hearing on Final Approval." (ECF No. 397, at 8); and

WHEREAS, on August 5, 2016, pursuant to the Preliminary Approval Order, Plaintiffs filed an Unopposed Motion for Final Approval of Collective Action Settlement and FLSA Settlement Class and an Unopposed Motion for Class Representative Service Awards and Award of Attorneys' Fees and Expenses (ECF Nos. 398, 399).

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant, through their respective undersigned counsel, that on August 22, 2016, "FLSA Plaintiffs shall file supplemental papers addressing any objections to the Settlement and attach a list of all Class Members who submitted a valid and timely Exclusion Letter" (ECF No. 394-3, ¶ 110), which will allow Class Counsel adequate opportunity prior to the Final Approval Hearing to respond to any objections to the Settlement timely submitted by the August 16, 2016 Objection/Exclusion Deadline.

Dated: August 12, 2016
**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

By: */s/ Peter A. Muhic*
    Peter A. Muhic

Dated: August 12, 2016
**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Daniel J. Thomasch (with consent)*
    Daniel J. Thomasch

**IT IS SO ORDERED.**
Dated: August 15, 2016

_____
Troy L. Nunley
United States District Judge