| | |
|---|---|
| **MARLIN & SALTZMAN LLP**<br>William A. Baird (SBN 192675)<br>tbaird@marlinsaltzman.com<br>29229 Canwood Street, Suite 203<br>Agoura Hills, CA 91301<br>Telephone:   (818) 991-8080<br>Facsimile:    (818) 991-8081 | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Peter A. Muhic, PHV<br>pmuhic@ktmc.com<br>Monique Myatt Galloway, PHV<br>mmyattgalloway@ktmc.com<br>280 King of Prussia Road<br>Radnor , PA 19087<br>Telephone:   (610) 667-7706<br>Facsimile:    (610) 667-7056 |
| **LAW OFFICE OF STEVEN ELSTER**<br>Steven Elster (SBN 227545)<br>steve.elster.law@gmail.com<br>785/E2 Oak Grove Road, #201<br>Concord, CA  94518<br>Telephone:    (925) 324-2159 | **WYNNE LAW FIRM**<br>Edward Wynne (SBN165819)<br>ewynne@wynnelawfirm.com<br>100 Drakes Landing Road, Suite 275<br>Greenbrae, CA 94904<br>Telephone:    (415) 461-6400<br>Facsimile:    (415) 461-3900 |

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS, et al.**

| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Norman C. Hile<br>nhile@orrick.com<br>Julie a. Totten<br>jatotten@orrick.com<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA  95814-4497<br>Telephone:    (916) 447-9200<br>Facsimile:    (916) 329-4900 | **GIBSON, DUNN & CRUTCHER LLP**<br>Daniel J. Thomasch, PHV<br>dthomasch@gibsondunn.com<br>Lauren J. Elliot, PHV<br>lelliot@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-3800<br>Facsimile:    (212) 351-6200 |

**Attorneys for Defendant**
**PRICEWATERHOUSECOOPERS LLP**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>            Defendants. | Case No.  2:08-CV-00965-TLN-AC<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF JANUARY 6, 2017, FILING DATE OF AMENDED JOINT STATUS REPORT** |

# STIPULATION

WHEREAS, on October 7, 2016, the Parties filed a Joint Status Report in which Plaintiffs requested an additional ninety (90) days to evaluate the additional discovery needed before the Court issues a scheduling order. *See* Docket 407.

WHEREAS, the Court, via Minute Order on December 16, 2016, ordered the Parties to file an Amended Joint Status Report by January 6, 2017. *See* Docket No. 408.

WHEREAS, the Parties agree to continue the filing of the Amended Joint Status Report from January 6, 2017 to January 20, 2017 to allow for additional time for Plaintiffs to evaluate the additional discovery needed, for Plaintiffs to propose a schedule and for the Parties to meet and confer regarding a proposed schedule.

WHEREAS, Plaintiffs agree to provide their proposed schedule to Defendant by January 13, 2017.

ACCORDINGLY, it is hereby stipulated by and between the Parties that the Amended Joint Status Report currently due on January 6, 2017 should be continued to January 20 2017 and that Plaintiffs will provide their proposed schedule to Defendant by January 13, 2017.

Dated: January 4, 2017

 /s/ William A. Baird
William A. Baird (SBN 192675)          Steven Elster (SBN 227545)
**MARLIN & SALTZMAN LLP**              **LAW OFFICE OF STEVEN ELSTER**

Peter A. Muhic, PHV
**BARROWAY TOPAZ KESSLER**             Edward J. Wynne (SBN 165819)
**MELTZER & CHECK, LLP**               **WYNNE LAW FIRM**

**Attorneys for Plaintiffs**
**SAMUEL BRANDON KRESS et al.**


Dated: January 4, 2017

 /s/ Julie A. Totten
Julie A. Totten (SBN166470)            Daniel J. Thomasch, PHV
Norman C. Hile (SBN 57299)             Lauren J. Elliot, PHV
**ORRICK, HERRINGTON &**               **GIBSON, DUNN & CRUTCHER LLP**
**SUTCLIFFE LLP**

1  **Attorneys for Defendant**
2  **PRICEWATERHOUSECOOPERS LLP**
3
4  **IT IS SO ORDERED:**
5
6  Date:   January 4, 2016

   _____
7  Troy L. Nunley
   United States District Judge
8