**MARLIN & SALTZMAN, LLP**
William A. Baird
29229 Canwood Street
Suite 208
Agoura Hills, CA 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081

*Counsel for Plaintiffs and the Class*

**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch (Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
Lauren J. Elliot (Admitted *Pro Hac Vice*)
lelliot@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3800
Facsimile: (212) 351-6200

*Counsel for PricewaterhouseCoopers LLP*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRANDON KRESS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP <br><br> Defendant. | Case No. 2:08-CV-00965-TLN-AC <br><br> **STIPULATION AND ORDER OF DISMISSAL OF JAMES STEKELBERG'S CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant PricewaterhouseCoopers LLP, by their undersigned counsel, hereby stipulate as follows:

| | |
|---|---|
| 1 | WHEREAS, James Stekelberg is named as a Plaintiff in this action; |
| 2 | WHEREAS, James Stekelberg is a proposed representative of a putative class of |
| 3 | individuals who, at any point between October 27, 2003 and the present, (1) worked in the |
| 4 | position of Associate and/or Senior Associate in the International Assignment Services (IAS) |
| 5 | practice of PwC's Tax line of service in California; and (2) did not possess a California Certified |
| 6 | Public Accountant license during some or all of the time that he or she spent working in these |
| 7 | positions (the "IAS putative class"); |
| 8 | WHEREAS, the parties have agreed that James Stekelberg shall be dismissed from this |
| 9 | action and withdrawn as a potential representative of the IAS putative class or any other putative |
| 10 | class; |
| 11 | NOW THEREFORE, the parties stipulate that the Court may enter an Order as follows: |
| 12 | 1.      Plaintiff James Stekelberg's individual claims in the above action shall be, and |
| 13 | hereby are, dismissed in their entirety; |
| 14 | 2.      James Stekelberg shall not be advanced as a representative of the IAS putative |
| 15 | class or any other putative class in this action; |
| 16 | 3.      Plaintiffs and Defendant agree that each party is to bear its own attorneys' fees and |
| 17 | costs. |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

Dated: May 30, 2017

Respectfully Submitted,

/s/ *William A. Baird*
**MARLIN & SALTZMAN, LLP**
William A. Baird
29229 Canwood Street
Suite 208
Agoura Hills, CA 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Peter A. Muhic
Monique Myatt Galloway
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**WYNNE LAW FIRM**
Edward J. Wynne
100 Drake Landing Road
Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-6400

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone: (925) 324-2159

*Counsel for Plaintiffs and the Class*

/s/ Julie A. Totten
**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch
Lauren J. Elliot
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3800
Facsimile: (212) 351-6200

**GIBSON, DUNN & CRUTCHER LLP**
Michele L. Maryott
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

**ORRICK HERRINGTON
 & SUTCLIFFE LLP**
Norman C. Hile
Julie A. Totten
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 329-4924
Facsimile: (916) 329-4900

*Counsel for Defendant*

**SO ORDERED**

Dated: June 5, 2017

_____
Troy L. Nunley
United States District Judge

- 3 -	STIPULATION AND ORDER
OF DISMISSAL OF JAMES STEKELBERG
CASE NO. 2:08-CV-00965-TLN-AC