## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SAMUEL BRANDON KRESS, ET AL.,**

CASE NO: **2:08−CV−00965−TLN−AC**

v.

**PRICEWATERHOUSE COOPERS, LLP,**

<u>**XX**</u> −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/7/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 7, 2018**

by:  /s/  G. Hunt
Deputy Clerk